UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

JOSEPH VASTA

v.                                            CA No. 06-396-T

BANC OF AMERICA INVESTMENT
SERVICES, INC.

### ORDER OF RECUSAL

I hereby recuse myself from participation in this litigation.

By Order:

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: Sept. 11, 2006