UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

JOSEPH VASTA

v.

CA No. 06-396-T

BANC OF AMERICA INVESTMENT SERVICES, INC.

**ORDER OF RECUSAL**

I hereby recuse myself from participation in this litigation.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: Sept. 11 , 2006