UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Joseph Vasta,

Plaintiff,

v.

Banc of America Investment Services, Inc.,

Defendant.

Civil Action No. 06-396

STIPULATION EXTENDING TIME
WITHIN WHICH TO ANSWER OR
OTHERWISE RESPOND TO THE COMPLAINT

It is hereby stipulated and agreed by and between the undersigned, counsel for all parties in the above-captioned action, that the time within which defendant Banc of America Investment Service, Inc. shall answer or otherwise respond to the Complaint herein is enlarged and extended to and including October 25, 2006.

LAW OFFICE OF STEPHEN T. FANNING

By: Stephen T. Fanning /MAP
Stephen T. Fanning
(No. 3900)
305 South Main Street
Providence, RI 02903
(401) 272-8250

EDWARDS ANGELL PALMER & DODGE LLP

By: Mark A. Pogue
Mark A. Pogue
(No. 3341)
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200