**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| JOSEPH VASTA,<br>Plaintiff,<br>v.<br>BANC OF AMERICA INVESTMENT SERVICES, INC.,<br>Defendant. | C.A. No.: 06-396-ML-DLM |

**RULE 7.1 DISCLOSURE STATEMENT**

Bank of America, N.A. ("BAC") is the parent corporation of Banc of America Investment Services, Inc. ("BAI") and no publicly held corporation owns 10% or more of BAI stock.

Respectfully submitted,
Banc of America Investment Services, Inc.

*/s/ Mark A. Pogue*

Mark A. Pogue (#3341)
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200

Dated: November 28, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of November 2006, I caused a copy of the foregoing document via electronic filing pursuant to Local Rule 5.4 to:

Stephen T. Fanning, Esquire
The Law Offices of Stephen Thomas Fanning
350 South Main Street
Providence, RI 02903

/s/Mark A. Pogue

Mark A. Pogue