**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| JOSEPH VASTA,<br><br>Plaintiff,<br><br>v.<br><br>BANC OF AMERICA INVESTMENT SERVICES, INC.,<br>Defendant. | C.A. No.: 06-396-ML-DLM |

**MOTION TO AMEND AND FOR LEAVE TO ASSERT COUNTERCLAIMS**

Defendant Banc of America Investment Services, Inc. ("BAI") hereby seeks leave of this Court, pursuant to Federal Rule of Civil Procedure 15(a) and Local Rule Cv. 15, to amend its Answer in the form attached hereto. The attached Amended Answer And Counterclaims seeks to add three counterclaims against Plaintiff Joseph Vasta concerning his failure to repay $11,363.88 owed to BAI. In support hereof, BAI submits the accompanying memorandum of law.

Respectfully submitted,
Banc of America Investment Services, Inc.

/s/ Alice A. Kokodis
Mark A. Pogue (#3341)
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200

Alice A. Kokodis (*pro hac vice*)
Edwards Angell Palmer & Dodge, LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444

Dated: December 4, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of December 2006, I caused a copy of the foregoing document via electronic filing pursuant to Local Rule 5.4 to:

Stephen T. Fanning, Esquire
The Law Offices of Stephen Thomas Fanning
350 South Main Street
Providence, RI 02903

*/s/ Alice A. Kokodis*

Alice A. Kokodis