**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Joseph Vasta,
Plaintiff

C.A. No. 06-396 ML-DLM

v.

Banc of America Investment Services, Inc.,
Defendant

**STIPULATION FOR EXTENSION OF TIME**
**FOR PLAINTIFF TO OBJECT OR OTHERWISE RESPOND TO**
**DEFENDANT'S REQUEST FOR**
**INTERROGATORIES**

The undersigned Parties hereby stipulate and agree, with the approval of the Court, that the Plaintiff may have up to and including February 2, 2007 to object or otherwise respond to Defendant's Request for Interrogatories.

Respectfully Submitted,
Plaintiff,
Joseph Vasta

By his Attorney,

/s/ Stephen T. Fanning
Stephen T. Fanning (#3900)
305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520 (FAX)

Defendant
Banc of America Investment Services, Inc.
By Its Attorneys,

/s/ Mark A. Pogue
Mark Pogue, Esq. (#3341)
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
401-272-9200

**Certification**

I hereby certify that a true and correct copy of the above was served on counsel for the Defendant, Mark A. Pogue by electronic mail on this 29th day of December 2006.

/s/ Stephen T. Fanning