**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Joseph Vasta,
Plaintiff

C.A. No. 06-396 ML-DLM

v.

Banc of America Investment Services, Inc.,
Defendant

**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO OBJECT OR OTHERWISE RESPOND TO DEFENDANT'S REQUEST FOR INTERROGATORIES**

The undersigned Parties hereby stipulate and agree, with the approval of the Court, that the Plaintiff may have up to and including February 16, 2007 to object or otherwise respond to Defendant's Request for Interrogatories.

Respectfully Submitted,
Plaintiff,
Joseph Vasta

By his Attorney,

/s/ Stephen T. Fanning
Stephen T. Fanning (#3900)
305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520 (FAX)

Defendant
Banc of America Investment Services, Inc.
By Its Attorneys,

/s/ Alice A. Kokodis
Alice A. Kokodis *(pro hac vice)*
Edwards Angell Palmer & Dodge, LLP
101 Federal Street
Boston, MA. 02110
617-439-4444

**Certification**

I hereby certify that a true and correct copy of the above was served on counsel for the Defendant, Alice A. Kokodis & Mark A. Pogue by electronic mail on this 1st February 2007.

/s/ Stephen T. Fanning