**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Joseph Vasta,
Plaintiff

C.A. No. 06-396 ML-DLM

v.

Banc of America Investment Services, Inc.,
Defendant

**PLAINTIFF'S MOTION TO EXTEND DISCOVERY**
**WITHOUT DEFENDANT'S OBJECTION**

Plaintiff hereby files this Motion to Extend the Discovery Period. Defendant does not object to this Motion. Plaintiff seeks an extension for the close of discovery of approximately 45 days, to July 23, 2007, with submission of Defendant's Summary Judgment Motion due by, August 23, 2007. Discovery in this matter is currently scheduled to close on June 5, 2007.

Discovery is currently ongoing. Certain disputes arose during the discovery process which the Parties have been successful in resolving, through a cooperative effort on both sides, without the need for Court intervention. However, having resolved any current disputes, the Parties require an additional brief period to complete depositions and any outstanding written discovery. Neither Party has previously requested any extension in discovery, as set by the Pre-Trial Scheduling Order.

As noted above, Defendant has no objection to this Motion. Therefore, Plaintiff respectfully requests that this Motion be Granted.

Respectfully Submitted,
Plaintiff,
Joseph Vasta

Defendant
Banc of America Investment Services, Inc.

By his Attorney,

/s/ Stephen T. Fanning
Stephen T. Fanning (#3900)
305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520 (FAX)

By Its Attorneys,

/s/ Mark A. Pogue____
Mark A. Pogue, Esq. (#3341)
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
401-274-9200

Brian Pezza (*pro hac vice*)
Edwards Angell Palmer & Dodge, LLP
111 Huntington Ave.
Boston, MA 02199
617- 951-2223

**Certification**

I hereby certify that a true and correct copy of the above was served on counsel for the Defendant, Mark Pogue at Edwards Angell Palmer Dodge by electronic mail and Brian Pezza of Edwards Angell Palmer Dodge (*pro hac vice*) by electronic mail on this 5th day of June 2007.

/s/ Stephen T. Fanning