**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Joseph Vasta,
Plaintiff

C.A. No. 06-396 ML-DLM

v.

Banc of America Investment Services, Inc.,
Defendant

**PLAINTIFF'S MOTION TO EXTEND DISCOVERY WITH THE ASSENT OF THE DEFENDANT**

Plaintiff hereby files this Motion to Extend the Discovery Period. The Defendant assents to this Motion. Plaintiff seeks an extension for the close of discovery of approximately 45 days, to September 6, 2007, with submission of Defendant's Summary Judgment Motion due by, October 5, 2007. Discovery in this matter is currently scheduled to close on July 23, 2007.

The reason for this Motion is as follows:

Discovery is continuing in earnest. Certain disputes arose during the discovery process which the Parties were successful in resolving, through a cooperative effort on both sides, without the need for Court intervention. However, certain documentation remains outstanding. Moreover, a key witness on behalf of the Defendant has recently left the Defendant's employ, and is currently residing in Colorado, requiring special arrangements for deposition purposes. Therefore, the Parties respectfully request an additional brief period to complete depositions and any outstanding written discovery. The Court has previously granted one brief extension. No further requests for extensions are anticipated.

As noted above, the Defendant assents to this Motion. Therefore, Plaintiff respectfully requests that this Motion be Granted.

Respectfully Submitted,
Plaintiff,
Joseph Vasta

By his Attorney,

/s/ Stephen T. Fanning
Stephen T. Fanning (#3900)
305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520 (FAX)

Defendant
Banc of America Investment Services, Inc.
By Its Attorneys,

/s/ Mark A. Pogue
Mark A. Pogue, Esq. (#3341)
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
401-274-9200

Brian Pezza (*pro hac vice*)
Edwards Angell Palmer & Dodge, LLP
111 Huntington Ave.
Boston, MA 02199
617- 951-2223

**Certification**

I hereby certify that a true and correct copy of the above was served on counsel for the Defendant, Mark Pogue at Edwards Angell Palmer Dodge by electronic mail and Brian Pezza of Edwards Angell Palmer Dodge (*pro hac vice*) by electronic mail on this 18th day of July 2007.

/s/ Stephen T. Fanning