**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOSEPH VASTA,<br><br>Plaintiff and<br>Counterclaim Defendant,<br><br>v.<br><br>BANC OF AMERICA INVESTMENT<br>SERVICES, INC.,<br>Defendant and Counterclaim<br>Plaintiff. | ) | C.A. No.: 06-396-ML-DLM |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Banc of America Investment Services, Inc. (hereinafter referred to as "BAI") brings the instant Motion for Summary Judgment ("Motion") and respectfully requests that this Honorable Court enter judgment in its favor and against the Plaintiff Joseph Vasta ("Plaintiff") on all of the claims set forth in Plaintiff's Complaint, including his claims that BAI interfered with his rights under federal and state family and medical leave laws, terminated his employment because of age, disability and medical leave status and/or because he blew the whistle on BAI's alleged discrimination. BAI also requests that this Court grant summary judgment in its favor on its counterclaims against Plaintiff seeking to recover on a debt Plaintiff owes as a result of a deficit in the recoverable draw he received while employed by BAI. As grounds for this Motion, BAI states that there is no genuine dispute as to any material fact and it is entitled to judgment, as a matter of law, on all claims in the instant dispute. In support of this motion, BAI submits its supporting Memorandum of Law, and its Local Rule 56 Statement, with appended exhibits.

WHEREFORE, BAI respectfully requests that this Honorable Court grant summary judgment in its favor and dismiss the entirety of Plaintiff's Complaint, with prejudice.

Respectfully submitted,
Banc of America Investment Services, Inc.

*/s/ Mark A. Pogue*

Mark A. Pogue (#3341)
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
mpogue@eapdlaw.com

Alice A. Kokodis (*pro hac vice*)
Brian P. Pezza (*pro hac vice*)
Edwards Angell Palmer & Dodge, LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

Dated: October 5, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October 2007, I caused a copy of the foregoing document to be delivered by U.S. mail and by operation of the Court's electronic filing system to:

Stephen T. Fanning, Esquire
The Law Offices of Stephen Thomas Fanning
350 South Main Street
Providence, RI 02903

_/s/ Mark A. Pogue___________
Mark A. Pogue