# EXHIBIT D

# EXHIBIT 2

APPLICATION

Forward. Thinking.℠ Fleet

FleetBoston Financia

# FleetBoston Financial Employment Application

*No matter what your goals, you can count on Fleet to offer you a diverse choice of professional opportunities that span every aspect of the financial services area. As part of our global workforce of more than 50,000, you'll be part of a dynamic, hardworking team. In return,* ***Fleet offers you:***

- *An environment that is winning, inclusive, and diverse*
- *A competitive compensation and benefits package*
- *The right tools to get your job done*
- *Benefits that will meet your needs and allow you to integrate your work and personal life*
- *The skills, knowledge, and training that will support your professional growth*
- *A vast array of career opportunities*

*So join Fleet today. You can make a difference!*

| | |
|---|---|
| YOUR NAME | Joseph J. Vasta |
| YOUR PHONE NUMBER | 401 529-4440 |

DEFENDANT'S EXHIBIT

2

*Fleet is an equal opportunity employer that continues to grow from the strength of a diverse workforce, M/F/D/V. For more information about Fleet, please visit our website at careers.fleet.com*

FleetBoston Financial, its affiliates, and subsidiaries do not discriminate on the basis of race, color, religion, national origin or citizenship status, gender, sexual orientation, marital status, age, veteran or handicapped status in any terms or conditions of employment. Fleet is an Affirmative Action/Equal Opportunity Employer. Fleet employs only U.S. Citizens and aliens authorized to work in the United States.

***(Please Print or Type)***

## Your Information

| | | |
|---|---|---|
| LAST NAME: Vasta | FIRST NAME: Joseph | MI: J |
| PREVIOUS LAST NAME: 12 Heritage Rd | | SOCIAL SECURITY NUMBER: 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 |
| CURRENT ADDRESS: Providence RI 02806 | | |
| CITY, STATE, ZIP CODE: Providence RI 02806 | | COUNTY: Bristol |
| PREVIOUS ADDRESS: 18 Tower Place | | |
| CITY, STATE, ZIP CODE: Mt. Vernon NY 10550 | | COUNTY: Westchester |
| PHONE NUMBERS WHERE YOU CAN BE REACHED — WORK: (401) 529-4140 | HOME: (401) 245-3334 | BEST TIME TO REACH YOU: Anytime AM PM |
| E-MAIL ADDRESS: JVasta@Cox.Net | Are you under 18 years old? ☐ Yes ☑ No | Are you legally authorized to work without restriction in the U.S. in the position for which you have applied? ☑ Yes ☐ No |

Have you applied previously to any FleetBoston Financial companies? ☐ Yes ☐ No If yes, please complete below:

| LOCATION | YEAR |
|---|---|
| | |

Are you related to anyone in the company? ☐ Yes ☐ No If yes, please complete below:*

| NAME | RELATIONSHIP | LOCATION |
|---|---|---|
| | | |

* Fleet has a policy which may limit the employment opportunities of applicants and employees who are members of the same family.

## Position Information

POSITION APPLYING FOR

| DEPARTMENT NAME | LOCATION |
|---|---|
| | |

| TYPE OF POSITION | HOURS AVAILABLE | DATE AVAILABLE |
|---|---|---|
| ☐ Full Time ☐ Part Time | | |

PLEASE CHECK ALL THAT APPLY. I AM AVAILABLE TO WORK: *

☐ Overtime ☐ Saturdays ☐ Sundays ☐ Holidays ☐ 1st Shift ☐ 2nd Shift ☐ 3rd Shift

* Unavailability to work certain times may, but not necessarily, limit employment opportunities.

## Your Education Information

*(Please List Highest Degree First)*

*Do not indicate you have graduated unless you have actually been awarded your degree or diploma.*

1

| | | | | |
|---|---|---|---|---|
| NAME OF SCHOOL: Pace University | TYPE OF SCHOOL: ☐ High School ☐ GED ☐ Technical ☑ College/University ☐ Other: | | | |
| ADDRESS: 40 Park Place | CITY: N.Y.C. | STATE: NY | ZIP CODE: | |
| DATES ATTENDED: FROM 9/60 | TO 6/64 | GRADUATED: ☑ Yes ☐ No | MAJOR/DEGREE: BA History | |

2

| | | | | |
|---|---|---|---|---|
| NAME OF SCHOOL: Colby Academy | TYPE OF SCHOOL: ☑ High School ☐ GED ☐ Technical ☐ College/University ☐ Other: | | | |
| ADDRESS: 16 Ft. Greene Place | CITY: Brooklyn | STATE: NY | ZIP CODE: | |
| DATES ATTENDED: FROM 9/56 | TO 6/60 | GRADUATED: ☑ Yes ☐ No | MAJOR/DEGREE: High School Diploma | |

3

| | | | | |
|---|---|---|---|---|
| NAME OF SCHOOL: St. Frances de Chantel | TYPE OF SCHOOL: ☐ High School ☐ GED ☐ Technical ☐ College/University ☐ Other: | | | |
| ADDRESS: 57th St & 13th Ave | CITY: Brooklyn | STATE: NY | ZIP CODE: 11219 | |
| DATES ATTENDED: FROM 9/48 | TO 6/56 | GRADUATED: ☐ Yes ☐ No | MAJOR/DEGREE: | |

**Your Employment / Volunteer Information**

List all employment including self-employment, summer or part-time work and full-time military service in the U.S. Armed Forces. You may include any work performed on a volunteer basis. Please provide periods of non-employment. (This section must be completed in full whether or not you submit a resume.)

**1**

| | | | | | |
|---|---|---|---|---|---|
| COMPANY NAME: FFMG Securities Corp | | | | PHONE NUMBER: 800 873-4374 | |
| ADDRESS: 100 Manhattanville Rd | | CITY: Purchase | | STATE: NY | ZIP CODE: |
| POSITION HELD: Financial Consultant | DATE STARTED (MO/YR): 4/00 | DATE LEFT (MO/YR): Present | STARTING SALARY: $ Comm | | ENDING SALARY: $ |
| SUPERVISOR: Ronald Nelson | | PHONE NUMBER: 860 747-6997 | | E-MAIL ADDRESS: | |
| REASON FOR LEAVING: | | | | | |

**2**

| | | | | | |
|---|---|---|---|---|---|
| COMPANY NAME: NEF | | | | PHONE NUMBER: (401) 274-5000 | |
| ADDRESS: 50 Cedar St | | CITY: Providence | | STATE: RI | ZIP CODE: |
| POSITION HELD: Registered Rep | DATE STARTED (MO/YR): 9/98 | DATE LEFT (MO/YR): 4/00 | STARTING SALARY: $ Com | | ENDING SALARY: $ |
| SUPERVISOR: Jack Putrino | | PHONE NUMBER: (401) 274-5000 | | E-MAIL ADDRESS: | |
| REASON FOR LEAVING: Better Opportunity @ FFMG | | | | | |

**3**

| | | | | | |
|---|---|---|---|---|---|
| COMPANY NAME: Moors + Cabot Inc | | | | PHONE NUMBER: 617 421-0500 | |
| ADDRESS: 109 Devonshire St | | CITY: Boston | | STATE: MA | ZIP CODE: |
| POSITION HELD: Mgr. Bond Dept | DATE STARTED (MO/YR): 12/93 | DATE LEFT (MO/YR): 8/98 | STARTING SALARY: $ 60 + bonus. | | ENDING SALARY: |
| SUPERVISOR: John Mulcahy | | PHONE NUMBER: (617) 421-0500 | | E-MAIL ADDRESS: | |
| REASON FOR LEAVING: Firm didn't have capitalization to sustain a bond dept. | | | | | |

**4**

| | | | | | |
|---|---|---|---|---|---|
| COMPANY NAME: Donaldson, Lufkin & Jenrette | | | | PHONE NUMBER: 800-501-0036 | |
| ADDRESS: 75 STATE STREET | | CITY: Boston | | STATE: MA | ZIP CODE: |
| POSITION HELD: Head Trader/Underwriter / Mgr. Muni Bond Desk | DATE STARTED (MO/YR): 9/84 | DATE LEFT (MO/YR): 10/93 | STARTING SALARY: $ 90K + | | ENDING SALARY: $ 125 + |
| SUPERVISOR: Joseph Harcum | | PHONE NUMBER: | | E-MAIL ADDRESS: | |
| REASON FOR LEAVING: Management Change + brought in own people | | | | | |

If presently employed, may we contact your employer as a reference? ☐ Yes ☒ No

Prior to or upon acceptance of an offer, Fleet's practice is to contact your current employer to verify position, title, salary and dates of employment.

Were you discharged, suspended, or asked to resign from any position? ☐ Yes ☒ No

IF YES, PLEASE EXPLAIN (Including name of employer and reason for leaving)

**You are encouraged to attach a resume outlining your previous employment duties and responsibilities.**

☐ Check here if resume is included

**Security Information**

In answering the following questions, you may omit any information or answer "no record" with regard to any conviction for which the sealed record is on file with the Commissioner of Probation. You may also omit first convictions for drunkenness, simple assau speeding, minor traffic violations, affray or disturbance of the peace. You may also omit convictions in any case of delinquency or a child in need of services which did not result in a complaint transferred to the Superior Court for criminal prosecution.

Have you ever been convicted of a felony? ☐ Yes ☒ No IF "YES", GIVE DATES AND DETAILS BELOW:

Have you been convicted of a misdemeanor within the last five years? ☐ Yes ☒ No IF "YES", GIVE DATES AND DETAILS BELOW:

A conviction record will not necessarily be a bar to employment. Facts such as your age when the offense occurred, the recentness of t event, the seriousness and nature of the violation, the nature of the position applied for and any rehabilitation undergone may be tak into account. You should be aware, however, that offenses involving dishonesty, breach of trust or money laundering may, dependi on the circumstances, preclude you from employment unless your employment is specifically approved by the Regional Director of t Federal Depository Insurance Corporation, in accordance with the FDIC's Statement of Policy for Section 19 of the Federal Deposit surance Act.

**Please Read Carefully**

- This application is not a contract of employment between the Company, and any person, nor does it give any person the right continue in the employment of the Company for any specified period of time. All employees are employees-at-will and are free resign or to be terminated without notice at any time and for any reason. All employees are subject to a 90-day transition peri which may, at the Company's discretion, be extended. During this transition period, employment may be terminated without not at any time and for any reason related to performance and/or violation of company policy (consistent with applicable law).
- In the processing of this employment application, I authorize the Company to contact my former employers, references, and otl sources in order to verify the facts furnished regarding my character and qualifications. I hereby release any such persons from l bility of any nature in connection with the furnishing, receipt or use of such information. Prior to or upon acceptance of an off Fleet's practice is to contact your current employer to verify position, title, salary, and dates of employment. In conjunction w this application, I further authorize the Company to request a background report to be prepared which will include information garding my current and previous employment and education.
- I understand that as a condition of my consideration for employment with Fleet, I may be required to undergo a urinalysis drug t I also understand that it is Fleet's policy not to hire an applicant who receives a confirmed positive drug test result. The urinaly will be performed by an authorized medical facility, which will interpret the drug test results. A positive result will be confirmed a second test with the same sample. The results will be disclosed to Fleet's Recruiting Staff. I will be given a copy of any posit urinalysis drug test result. I have read and understand the above statement and voluntarily consent to undergo a urinalysis as a c dition of my consideration for employment with Fleet.
- On or shortly after the start date of your employment, you may be fingerprinted for purposes of conducting a criminal backgrou check through the Federal Bureau of Investigation's criminal history records. Continuation of your employment will be conting on a satisfactory background check that meets Fleet's obligations as an FDIC insured institution and otherwise complies with Fle workplace safety standards.
- In the event that I am offered and accept employment with the Company, I will be asked to provide information certifying my e ployment eligibility in order to comply with requirements of the Immigration and Naturalization Service (INS). Employmen conditioned upon providing the required documentation in a timely manner.
- I affirm that I have read the above information and have answered all questions completely and accurately. I understand that omissions or falsification of information on this application or any resume will be grounds for rejection of my application, revo tion of my offer and/or dismissal from my position at any time after employment has begun.
- I understand that if I am hired, I will be considered an at-will employee.

SIGNATURE ▷ [signature] DATE 1/27/04

It is unlawful in Massachusetts to require or administer a lie detector test as a condition of employment or continued employment. An employer who violates this law shall be subject to criminal penalties and civil liability.

*For more information about FleetBoston Financial, its affiliates and subsidiaries, please visit our website at careers.fleet.com*

14072 10/00 PK 25 EA

# EXHIBIT 3

CAROL

278-3817

101 Dyer Street
Providence
Rhode Island
Phone: 401-274-2810
Fax: 401-274-6440

# Management Recruiters Rhode Island

To: Jill Hendricks
Carol Urick

From

Ernie Pitochelli, Account Manager
*Management Recruiters International*
*101 Dyer Street, Suite 200*
*Providence, Rhode Island 02903*
*401-274-2810 x314*
*401- 274-6440*
epitochelli@mri-boston.com
http://mri-boston.com/bios/e_pitochelli.htm

Fax: 860-952-6096 Date: 1/28/2004

Phone: 860-952-6095 Pages: 5 Including

Re: CC: Cover

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

Joe N

Notes: On target for $57,000 GOC for Jan 04 Did a trade today for $70,000 - will get Jan production run on Friday 1/31/04 -

2003 - Production $322,088 8.3 million in sales
2004 - Production $341,376 7.3 million in sales

Ins License is Enclosed.

Sovereign — Lowered their ... Grid in 2003 —
That is the reason for the Lower Gross (GOC)

DEFENDANT'S EXHIBIT

3

# Welcome to Investment Services at Sovereign Bank

SOVEREIGN BK - NE [SOVNE]

| | Invested | Rep Gross Comm | # of Trans | Outside Fu |
|---|---|---|---|---|
| | $1,200.00 | $12.00 | 29 | $ |
| | $1,722,387.59 | $74,000.44 | 154 | $28 |
| | $2,200.00 | $58.96 | 3 | $ |
| | $2,400.00 | $66.85 | 42 | $ |
| | $27,199.80 | $450.10 | 9 | $ |
| | $318,602.07 | $15,222.71 | 79 | $17 |
| | $0.00 | $0.00 | 2 | |
| | $355.30 | $31.33 | 2 | |
| | $4,304.73 | $430.47 | 6 | $ |
| | $637,372.21 | $31,243.38 | 101 | $11 |
| | $3,697,775.95 | $122,137.17 | 281 | $56 |
| | $310,262.98 | $4,581.36 | 46 | $ |
| | $63,969.38 | $2,204.10 | 23 | $6 |
| | $1,527,899.68 | $71,649.67 | 76 | $11 |
| **ls** | **$8,315,929.69** | **$322,088.54** | **853** | **$1,342** |

Close Print

322,088.54

ndent Financial Marketing Group, Inc. All rights reserved
*Jse Only. Not to be shared with public.*

Jan 28 04 05:31P MR Providence, RI 401-274-6440 P.1

TOTAL P.01

401 621 9286 P.01/01

**Independent Financial** Marketing Group, Inc.
A Sun Life Financial Company

# REP COMMISSION SUMMARY DECEMBER 2003

Representative : VASTA, JOSEPH    Rep # : 7WM

Institution(s) : SOVEREIGN BANK - NEW ENGLAND    Sales Manager : NELSON RONALD C. (7RS)

| | DECEMBER 2003 | | YEAR TO DATE 2003 |
|---|---|---|---|
| **Written Production :** | | **Written Production :** | |
| Sales : | $537,644.65 | Sales : | $8,059,366.60 |
| Non-Split Sales : | $499,566.46 | Non-Split Sales : | $7,670,673.89 |
| Gross Commission : | $27,484.96 | Gross Commission : | $306,815.86 |
| Grid Payout % : | 27.00% | | 306,815.86 |

**Product Commission Analysis :**



**Product Commission Analysis :**



| | DECEMBER 2003 | | YEAR TO DATE 2003 |
|---|---|---|---|
| **Paid Commission** | | **Paid Commission** | |
| Annuities | $7,414.04 | Annuities | $60,680.65 |
| Securities | $334.31 | Securities | $25,661.78 |
| Life Insurance | $1.91 | Life Insurance | $271.13 |
| TOTAL | $7,750.26 | TOTAL | $86,213.56 |
| Draw | $1,500.00 | Draw | $18,000.00 |
| Total Commission | $6,250.26 | Total Commission | $69,713.56 |
| Adjustments | | Adjustments | |
| Prior Month Balance Owed | $0.00 | | |
| Advances | $0.00 | Advances | $0.00 |
| Client Losses | $0.00 | Client Losses | ($436.12) |
| Other | $0.00 | Other | ($1,097.54) |
| Total | $0.00 | Total | ($1,533.66) |
| Total Carry Forward Balance | $0.00 | Total Carry Forward Balance | $0.00 |
| Total Paid Commission | $6,250.26 | Total Paid Commission | $68,031.07 |

Welcome to Investment Services at Sovereign Bank

## Sales Inquiry Search Results

**Paid Business From 01/01/2002 To 12/31/2002**

SOVEREIGN BK - NE [SOVNE]

| Branch Name | Invested | Rep Gross Comm | # of Trans | Outside Fu |
|---|---|---|---|---|
| ASHLEY BLVD. [3037000206] | $834,025.48 | $49,978.22 | 180 | $13: |
| ATWELLS [3037000464] | $1,044,892.81 | $52,552.27 | 104 | $22 |
| BARRINGTON [3037000070] | $146,654.06 | $7,210.72 | 21 | $4 |
| BRANFORD [3037000001] | $0.00 | $0.00 | 6 | |
| BRISTOL - HOPE ST. [3037000071] | $364,981.84 | $20,322.63 | 80 | $1: |
| BRISTOL (IN-STORE) [3037000026] | $0.00 | $0.00 | 2 | |
| ELMHURST [3037000062] | $32,428.04 | $535.06 | 8 | |
| ELMWOOD [3037000468] | $58,049.87 | $798.19 | 4 | |
| LITTLE COMPTON [3037000073] | $111,267.66 | $5,784.33 | 10 | $ |
| MIDDLETOWN - VALLEY ROAD [3037000074] | $438,390.87 | $27.89 | 5 | $10 |
| NEWPORT (IN-STORE) "CLOSED" [3037000076] | $0.00 | $0.00 | 2 | |
| NORTH MAIN STREET [3037000209] | $336,583.63 | $20,586.54 | 54 | $4 |
| PROVIDENCE - EAST SIDE [3037000064] | $633,899.98 | $25,596.31 | 56 | $25 |
| PROVIDENCE - ELMGROVE [3037000065] | $2,207,839.91 | $111,320.15 | 147 | $44: |
| PROVIDENCE - TOWER I [3037000068] | $264,043.01 | $3,859.88 | 22 | |
| UNION STREET [3037000212] | $688,149.34 | $36,728.50 | 101 | $35: |
| UNIVERSITY HEIGHTS [3037000069] | $10,334.53 | $63.60 | 1 | |
| WATEBURY - EAST END [3037000008] | ($15,000.00) | ($825.00) | 3 | |
| WESTPORT [3037000213] | $168,251.94 | $6,836.86 | 15 | $8 |
| WOLCOTT [3037000007] | $0.00 | $0.00 | 2 | |
| Totals | $7,384,792.97 | $341,376.15 | 823 | $1,714 |

Close Print

341,376.15

Copyright © 2004 Independent Financial Marketing Group, Inc All rights reserved
*For Internal Use Only. Not to be shared with public.*

State of Rhode Island and Providence Plantations

**INSURANCE PRODUCER'S LICENSE**

ID# 080346172

Expires: 03/31/2004

* Lines of Authority: Issued:

06/18/1998

06/18/1998

JOSEPH J VASTA

12 HERITAGE ROAD
BARRINGTON, RI 02806

INDIVIDUAL
RESIDENT

Marilyn Shannon McConaghy, Esq.

Director of Business Regulation

* SEE REVERSE SIDE FOR LINES OF AUTHORITY

TOTAL P.01

# EXHIBIT 4

Quick & Reilly
A FleetBoston Financial Company

Mr. Joseph Vasta
12 Heritage Road
Bonnington, RI 02806

January 30, 2004

Dear Joseph,

*We look forward to you joining our team!* We are pleased that you've chosen to consider a career at Quick & Reilly, Inc. As part of our commitment to your success, we want to make sure that you're ready for your first day. In this package you'll find what you need to get started:

- Your Offer of Employment
- Benefits Information for 2004
- Quick & Reilly Inc. Pre-Hire Package
- Forms to complete and return to Human Resources

Quick & Reilly Inc. places a high value on diversity and on each individual employee. This means that we not only welcome your ideas and initiative, but we depend on them to help drive the company's continued success. We are confident that as you master your new responsibilities and apply your previous experience, you will help us achieve our ambitious goals. Together, we will make things happen.

Because we know that our success depends in part on your commitment, we work hard to offer you exceptional benefits, including:

- A wide array of choices for health, dental, vision, life, disability and accident insurance coverages
- A competitive retirement program, with company-paid benefits that help you save and invest for your future
- Benefits that help you support your community, including a matching gift program for donations to qualified charities
- Learning and development opportunities to support you in continuing your professional growth
- Other advantageous programs which began in 2003, include domestic partner benefits, elder care, maternity and paternity leaves, and up to $5,000 in adoption aid each year

From training to wellness programs, from employee banking benefits to community outreach, our goal is to help you live a fulfilling life while working at Quick & Reilly Inc.

Joseph, we are excited to offer you this opportunity and would like to include you as part of our winning team. Please sign the attached "Offer of Employment" indicating your concurrence with the specifics of our offer. We look forward to your many contributions toward our mutual success.

Sincerely,

William Garrett

William Garrett
Director Human Resources

DEFENDANT'S EXHIBIT
4

Annuities:

- Not A Deposit
- Not FDIC-Insured
- Not Insured By Any Federal Government Agency
- Not Guaranteed By The Bank
- May Go Down In Value

**Offer of Employment For Joseph Vasta**

**Position and Compensation:**

On behalf of my associates at Quick & Reilly, Inc., I am pleased to extend an offer of employment to you as a Financial Consultant. Your employment is to commence on Tuesday ~~January~~ February 17, 2004.

The following outlines the conditions of our offer and your compensation during your first fifteen months of employment. You will be paid in accordance with the enclosed 2004 Incentive Compensation Plan for Financial Consultants ("The Plan"), with the exception of the following Special Terms:

- During your first three months of employment you will receive a draw equivalent to $120,000.00 per year paid bi-weekly. If the incentive compensation you earn for your monthly production does not exceed this draw no deficit will occur. You will only receive incentive compensation in excess of your draw. Once the three-month period is complete, you will receive a draw equivalent to $18,000.00 per year paid bi-weekly and a deficit will begin to accrue if you do not meet this draw amount.

- For your first fifteen months of employment, you will be paid out at a rate of 50% on all special product production as defined in the "Plan", and then be paid out according to the terms of "The Plan" regarding tier placement on Special Products Production Grid.

- Additionally we will take your best twelve out of your first fifteen production months, and if you achieve certain gross revenue targets, you will receive the following additional payouts.

  -If you generate gross revenue of $300,000- $349,999, you will receive 10% on all production.

  -If you generate gross revenue of $350,000- $399,999, you will receive 15% on all production.

  -If you generate gross revenue of $400,000 and above, you will receive 20% on all production.

The draw you receive is an advance against the anticipated incentive compensation you will earn by producing revenue. The draw is not a salary. In the event your net incentive compensation for any production month does not exceed your draw, a deficit will accrue, and you acknowledge that Quick & Reilly has the right to offset your deficit with any future Incentive Compensation payments. If you continue to have a deficit for three consecutive months, Quick & Reilly reserves the right to review the continued terms of your employment and incentive compensation payout. If your employment with Quick & Reilly ends for any reason, and you are in a deficit, you will not receive any draw for the pay period in which your employment ends.

Quick & Reilly reserves the right to modify the Special Products Production Grid, and amend the terms of "The Plan" from time to time at its sole discretion.

**Contingencies:**

This offer is contingent upon the following:

- Our receipt of a favorable reference check, credit check (subject to applicable state law), substance abuse screening, and NASD licensing check, as well as documentation that you are legally eligible to work in the United States.

- Your agreement to protect the confidentiality of all information or material which is proprietary to Quick & Reilly, Inc. or its subsidiaries which is obtained either directly or indirectly during and after the course of your employment.

- The Offer of Employment does not constitute an employment contract for any specified period of time. You acknowledge that you are an "employee at will", and that you or Quick & Reilly are free to terminate the employment relationship at any time.

- Your signature and acceptance of the terms and conditions of the Quick & Reilly Non - Solicitation/ Use of Confidential Information Agreement included with this offer. This agreement will not apply to accounts that transfer to Quick & Reilly from your former employer within your first three months of employment.

- *Any dispute arising out of or relating to this agreement or the employment relationship between you and Quick & Reilly* (except any dispute arising out of Quick & Reilly's Non – Solicitation/ Use of Confidential Information Policy as attached) will be settled by arbitration in accordance with the Rules of the National Association of Securities Dealers, Inc. or the New York Stock Exchange, Inc. Judgment upon the award rendered may be entered in any court having jurisdiction thereof.

- The validity, interpretation, construction and performance of this agreement shall be governed by the laws of the State of New York.

**Employee Benefits:**

Enclosed are materials regarding your health and welfare benefits. You will be enrolling in the FleetBoston Financial Benefits programs (see enclosed). Additional information and enrollment materials will be provided.

**Immigration and Naturalization Service Form I-9:**

Before you can start working at Quick & Reilly Inc., we need to verify that you are legally eligible to work in the United States. You'll find the acceptable forms of identification listed on the enclosed U.S. Department of Justice Immigration and Naturalization Form I-9, attached. Please make sure to bring the appropriate identification with you on your first day.

Please countersign the bottom of the copy of this agreement and return it with your completed employment package to:

*Human Resources Department*
26 Broadway, 15th floor
New York, NY 10004
Attention: Anita Rosario

We look forward to you joining Quick & Reilly, Inc. If you have any questions please call Ria Saviolakis, 212-747-1200.

I accept the offer detailed above: [signature] Signature   2/5/04 Date

CC: Gina Santucci

# EXHIBIT 5

**Hodges, Caryn**

| | |
|---|---|
| **From:** | Hodges, Caryn |
| **Sent:** | Wednesday, December 29, 2004 11:01 AM |
| **To:** | Amy Gates; Anthony DiNovella; Anuradha Sarin; Beverly Ruzzo; Bobbie Goyette; Brenda Calkins; Caryn Hodges; Charles Martin; Cindy Guertin-Gileau; Don Anderson; Donna Straight; Eric Hsia; Frank Oftring; Frederick Arbusto; Gabriel DeFeo; Glenn Grilli; James Carney; James Griffin; Jason Longtin; Jeffrey Infante; Joan Regensberger; John Farmer; Joseph Hassett; Joseph Vasta; Kathryn Genovese; Kevin Rivet; Kim Ballestrini; Larry McHugh; Linda Capobianco; Matthew Sullivan; Maureen Boulais; Michael Gorgone; Michael O'Flaherty; Patricia Maia; Paul Vardoulakis; Paul Velino; Peter Coogan; Peter Freeman; Randy Ball; Robert Andrew; Robert Lonardo; Ronald Nobrega; Scott Chaisson; Terrance Tinkham; Thomas Sheehan; Vincent Grimaldi; Zachary Crump |
| **Subject:** | Gross Revenue |
| **Attachments:** | NorthEast Retention Bonus Revenue as of 12-21 - Branch 131.xls |

Please contact Scott Chaisson should you have questions or comments in regards to the Gross Revenue #s as of 12/21/04.

Thanks.

***Caryn Hodges***
***Administrative Assistant III***
***Banc of America Investment Services, Inc***
***111 Westminster Street***
***Mail Stop: RI1-102-01-03***
***Providence, RI 02903***
***phone #: 401-278-5915***
***fax #: 401-278-3817***

NorthEast
:tention Bonus Reve

DEFENDANT'S EXHIBIT
5

| REGION | BRANCH | NAME | HIRE DATE | TERM DATE | RR NBR | GROSS (PRE-REV SHARE, PRE CAPPING) | ICOMP SPECIAL PRODUCTS (POST REV SHARE, POST CAPPING) | SPECIAL PRODUCTS C | SPECIAL PRODUCTS (PRE-REV SHARE, POST CAPPING) | AGENCY (YTD QUALIFIED AGENCY REVENUE) | INSURANCE (YTD PRE-REV SHARE INSURANCE REVENUE POST SPLIT WITH ANOTHER FA) | Total YTD Revenue for Retention Bonus (column J + K + L) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Southern New England Region | 131-Providence | Arbusto Frederick | 4/21/2003 | | 36C | $ 200,931.23 | $ 180,009.77 | $ 200,049.85 | $ 200,761.32 | $ 559.58 | $ 139.98 | $ 201,460.88 |
| Southern New England Region | 131-Providence | Ball Randy | 10/21/2002 | | 8U2 | $ 546,410.03 | $ 531,315.57 | $ 533,635.34 | $ 542,530.19 | $ 8,861.45 | $ 4,296.87 | $ 555,688.51 |
| Southern New England Region | 131-Providence | Calkins Brenda | 6/10/2002 | | 0Q9 | $ 243,261.84 | $ 232,873.92 | $ 240,152.64 | $ 242,831.45 | $ 6,727.53 | $ - | $ 249,558.98 |
| Southern New England Region | 131-Providence | Capobianco Linda | 6/5/2000 | | D85 | $ 129,048.54 | $ 128,980.54 | $ 128,549.85 | $ 129,048.54 | $ 968.36 | $ - | $ 130,016.90 |
| Southern New England Region | 131-Providence | Carney James | 1/1/1997 | | A85 | $ 308,356.96 | $ 284,384.91 | $ 307,769.39 | $ 308,338.18 | $ 3,145.16 | $ - | $ 311,483.34 |
| Southern New England Region | 131-Providence | Coogan Peter | 7/7/2003 | | 84F | $ 240,319.59 | $ 234,631.00 | $ 235,510.77 | $ 235,205.13 | $ 6,283.11 | $ - | $ 241,488.24 |
| Southern New England Region | 131-Providence | DeFeo Gabriel | 11/27/2001 | | 995 | $ 611,058.88 | $ 598,089.62 | $ 638,848.63 | $ 623,664.97 | $ 20,356.16 | $ 3,313.38 | $ 647,334.51 |
| Southern New England Region | 131-Providence | Farmer John | 11/10/2003 | | 46L | $ 562,938.30 | $ 448,254.33 | $ 559,669.13 | $ 557,414.32 | $ 2,644.92 | $ - | $ 560,059.24 |
| Southern New England Region | 131-Providence | Freeman Peter | 12/17/2001 | | 6H2 | $ 363,912.64 | $ 343,881.82 | $ 369,842.40 | $ 362,715.32 | $ 2,466.01 | $ - | $ 365,181.33 |
| Southern New England Region | 131-Providence | Gates Amy | 9/5/1995 | | C59 | $ 513,504.37 | $ 457,217.69 | $ 514,421.55 | $ 513,695.78 | $ 7,648.30 | $ 1,250.67 | $ 522,594.75 |
| Southern New England Region | 131-Providence | Genovese Kathryn | 11/17/1997 | | J50 | $ 413,290.84 | $ 356,913.00 | $ 412,300.99 | $ 412,652.63 | $ 523.17 | $ 1,165.23 | $ 414,341.03 |
| Southern New England Region | 131-Providence | Gorgone Michael | 4/24/2000 | | D26 | $ 244,386.34 | $ 229,479.27 | $ 236,270.19 | $ 242,317.35 | $ 2,524.62 | $ - | $ 244,841.97 |
| Southern New England Region | 131-Providence | Griffin James | 2/18/1992 | | PDR | $ 458,831.61 | $ 457,017.73 | $ 448,850.31 | $ 458,875.81 | $ 8,273.50 | $ 581.10 | $ 467,730.41 |
| Southern New England Region | 131-Providence | Grilli Glenn | 11/27/2001 | | 861 | $ 488,661.10 | $ 475,694.30 | $ 492,050.86 | $ 484,418.86 | $ 28,313.87 | $ - | $ 512,732.73 |
| Southern New England Region | 131-Providence | Grimaldi Vincent | 6/24/2004 | | 14T | $ 89,434.63 | $ 87,677.96 | $ 89,394.55 | $ 86,055.63 | $ 515.69 | $ - | $ 86,571.32 |
| Southern New England Region | 131-Providence | Guertin-Gileau Cynthia | 5/4/1998 | | D37 | $ 616,565.71 | $ 539,620.44 | $ 614,205.07 | $ 616,421.69 | $ 1,435.07 | $ - | $ 617,856.76 |
| Southern New England Region | 131-Providence | Hassett Joseph | 4/2/1984 | | PAR | $ 998,061.61 | $ 997,622.28 | $ 984,811.70 | $ 998,061.61 | $ 18,620.99 | $ - | $ 1,016,682.60 |
| Southern New England Region | 131-Providence | Hsia Eric | 7/14/2003 | | 12G | $ 95,185.73 | $ 94,089.04 | $ 93,642.26 | $ 95,185.73 | $ 6,061.62 | $ - | $ 101,247.35 |
| Southern New England Region | 131-Providence | Lonardo Robert | 1/30/2004 | | 84N | $ 68,343.98 | $ 64,467.64 | $ 68,427.08 | $ 70,411.34 | $ 1,549.90 | $ - | $ 71,961.24 |
| Southern New England Region | 131-Providence | Longtin Jason | 11/11/2002 | | 9W5 | $ 129,407.91 | $ 127,967.46 | $ 132,005.70 | $ 129,131.46 | $ 8,840.63 | $ - | $ 137,972.09 |
| Southern New England Region | 131-Providence | Maia Patricia | 2/27/1998 | | B38 | $ 290,523.22 | $ 269,114.23 | $ 286,743.37 | $ 291,123.25 | $ 3,922.42 | $ 736.70 | $ 295,782.37 |
| Southern New England Region | 131-Providence | Martin Charles | 2/7/2002 | | 3K4 | $ 171,820.18 | $ 168,192.08 | $ 170,351.32 | $ 170,956.34 | $ 13,889.58 | $ - | $ 184,845.92 |
| Southern New England Region | 131-Providence | McHugh Laurence | 5/6/1996 | | 685 | $ 351,337.31 | $ 335,944.62 | $ 346,370.02 | $ 349,151.20 | $ 20,333.36 | $ - | $ 369,484.56 |
| Southern New England Region | 131-Providence | Nobrega Ronald | 3/18/1968 | | PCR | $ 516,194.14 | $ 515,922.14 | $ 514,199.38 | $ 516,194.14 | $ 3,873.41 | $ - | $ 520,067.55 |
| Southern New England Region | 131-Providence | O'Flaherty Michael | 11/10/1997 | | D60 | $ 635,408.10 | $ 626,079.61 | $ 621,939.70 | $ 635,025.14 | $ 18,210.69 | $ 16,858.76 | $ 670,094.59 |
| Southern New England Region | 131-Providence | Oftring Frank | 1/1/1996 | | B56 | $ 506,489.22 | $ 446,744.51 | $ 504,698.76 | $ 506,020.03 | $ 1,345.59 | $ 259.97 | $ 507,625.59 |
| Southern New England Region | 131-Providence | Sarin Anuradha | 8/15/2000 | | X38 | $ 278,756.41 | $ 252,201.96 | $ 278,341.87 | $ 278,465.12 | $ 2,900.55 | $ - | $ 281,365.67 |
| Southern New England Region | 131-Providence | Sheehan Thomas | 8/11/2003 | | 96J | $ 356,342.13 | $ 347,719.46 | $ 358,705.63 | $ 353,258.09 | $ 18,054.94 | $ - | $ 371,313.03 |
| Southern New England Region | 131-Providence | Sullivan Matthew | 8/11/1997 | | B82 | $ 452,540.08 | $ 343,843.24 | $ 448,158.28 | $ 451,329.32 | $ 1,243.08 | $ - | $ 452,572.40 |
| Southern New England Region | 131-Providence | Tinkham Terence | 11/15/2002 | | 0X6 | $ 219,458.78 | $ 193,371.85 | $ 217,787.09 | $ 217,807.61 | $ 1,730.24 | $ - | $ 219,537.85 |
| Southern New England Region | 131-Providence | Vardoulakis Paul | 4/5/1999 | | B90 | $ 505,543.12 | $ 410,112.73 | $ 500,063.46 | $ 504,993.58 | $ 432.70 | $ - | $ 505,426.28 |
| Southern New England Region | 131-Providence | Vasta Joseph | 2/17/2004 | | 78P | $ 98,115.16 | $ 97,824.94 | $ 97,945.25 | $ 97,944.78 | $ 892.00 | $ - | $ 98,836.78 |

# EXHIBIT 6

BAI Training Development

Phase II: Transition Training Completion Tracking Report - Northeast Associates

NE Tracking Detail All Assoc

| NE Transition Training | | | | | | | Wave #3 In-Market | | | [redacted] | Classroom - Products, Systems and Operations Implementation (April - June) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LastName | FirstName | Person # | Profile | Region | OSJ # | Market | Asset Based Products (29005) | Ethics & Sales Practices (28074) | NRA & Selling Offshore Mutual Funds (BAI401001)(25021) if applicable | | Session A (BAI108048) | Session A completion | Session B (BAI108049) | Session B completion | Admin Manager Training (BAI108050) |
| Anderson | Donald | 28837848 | Administrative Manager | New England | L74 | Providence (131), RI | x | x | O | | NA | NA | NA | NA | x |
| Andrews | Robert | 22376176 | Full Service FA | New England | L74 | Providence (131), RI | x | x | O | | NA | NA | B12 | x | NA |
| Arbusto | Frederick | 20093340 | Full Service FA | New England | L74 | Providence (131), RI | x | x | O | | NA | NA | B14 | x | NA |
| Boulais | Maureen | 21134077 | Administrative Manager | New England | L74 | Providence (131), RI | x | x | O | | NA | NA | B10 | x | x |
| Calkins | Brenda | 21318257 | Full Service FA | New England | L74 | Providence (131), RI | x | x | O | | NA | NA | B10 | x | NA |
| Capobianco | Linda | 23114480 | Full Service FA | New England | L74 | Providence (131), RI | x | x | O | | NA | NA | B18 | x | NA |
| Contney | Wade | 21341669 | Full Service FA | New England | L74 | Providence (131), RI | x | x | O | | NA | NA | B26 | R | NA |
| Coogan | Peter | 27809375 | Full Service FA | New England | L74 | Providence (131), RI | x | x | O | | NA | NA | B22 | R | NA |
| DeFeo | Gabriel | 20318357 | Full Service FA | New England | L74 | Providence (131), RI | x | x | x | | NA | NA | B6 | x | NA |
| DiNovella | Anthony | 27693729 | Market Sales Manager | New England | L74 | Providence (131), RI | x | x | O | | NA | NA | B20 | R | NA |
| Farmer | John | 23182981 | Full Service FA | New England | L74 | Providence (131), RI | x | x | O | | NA | NA | B28 | R | NA |
| Firth | Christopher | 21823502 | Full Service SA | New England | L74 | Providence (131), RI | x | x | O | | NA | NA | B14 | x | NA |
| Fontes | Jeff | 29932064 | Full Service FA | New England | L74 | Providence (131), RI | x | x | O | | NA | NA | B1 | x | NA |
| Freeman | Peter | 22735843 | Full Service FA | New England | L74 | Providence (131), RI | x | x | O | | NA | NA | B22 | R | NA |
| Gates | Amy | 22730834 | Full Service FA | New England | L74 | Providence (131), RI | x | x | x | | A4 | x | NA | NA | NA |
| Goyette | Bobbie | 22184792 | Full Service SA | New England | L74 | Providence (131), RI | x | x | x | | NA | NA | B6 | x | NA |
| Griffin | James | 20926486 | Full Service FA | New England | L74 | Providence (131), RI | x | x | x | | A4 | x | NA | NA | NA |
| Grifi | Glenn | 20951902 | Full Service FA | New England | L74 | Providence (131), RI | x | x | x | | NA | NA | B8 | x | NA |
| Grimaldi | Vincent | 23345692 | Full Service FA | New England | L74 | Providence (131), RI | x | x | O | | NA | NA | B22 | R | NA |
| Hassett | Joseph | 25537713 | Full Service FA | New England | L74 | Providence (131), RI | x | x | O | | A7 | x | NA | NA | NA |
| Hsia | Eric | 27177819 | Full Service FA | New England | L74 | Providence (131), RI | x | x | O | | NA | NA | B24 | R | NA |
| Infante | Jeffrey | 28290563 | Full Service SA | New England | L74 | Providence (131), RI | O | x | O | | NA | NA | B6 | x | NA |
| Longtin | Jason | 20518404 | Full Service FA | New England | L74 | Providence (131), RI | x | x | O | | NA | NA | B24 | R | NA |
| Maia | Patricia | 25013662 | Full Service FA | New England | L74 | Providence (131), RI | x | x | O | | NA | NA | B28 | R | NA |
| Martin | Charles | 20326195 | Full Service FA | New England | L74 | Providence (131), RI | x | x | O | | NA | NA | B8 | x | NA |
| McHugh | Laurence | 24560775 | Full Service FA | New England | L74 | Providence (131), RI | x | x | O | | NA | NA | B22 | R | NA |
| Nobrega | Ronald | 21245377 | Full Service FA | New England | L74 | Providence (131), RI | x | x | O | | A4 | x | NA | NA | NA |
| O'Flaherty | Michael | 21893477 | Full Service FA | New England | L74 | Providence (131), RI | x | x | O | | A13 | R | NA | NA | NA |
| Oftring | Frank | 29112231 | Full Service FA | New England | L74 | Providence (131), RI | x | x | O | | A13 | R | NA | NA | NA |
| Regensburger | Joan | 20201400 | Full Service SA | New England | L74 | Providence (131), RI | O | x | O | | NA | NA | B20 | R | NA |
| Rivet | Kevin | 26787610 | Full Service SA | New England | L74 | Providence (131), RI | x | x | O | | NA | NA | B4 | x | NA |
| Ruzzo | Beverly | 29875070 | Administrative Assistant | New England | L74 | Providence (131), RI | O | x | O | | NA | NA | B14 | x | NA |
| Sarin | Anuradha | 10247387 | Full Service FA | New England | L74 | Providence (131), RI | x | x | O | | NA | NA | B26 | R | NA |
| Sheehan | Thomas | 22839418 | Full Service FA | New England | L74 | Providence (131), RI | x | x | x | | NA | NA | B8 | x | NA |
| Straight | Donna | 29267752 | Full Service SA | New England | L74 | Providence (131), RI | x | x | O | | NA | NA | B18 | x | NA |
| Tinkham | Terence | 24827863 | Full Service FA | New England | L74 | Providence (131), RI | x | x | O | | NA | NA | B28 | R | NA |
| Vasta | Joseph | 26329376 | Full Service FA | New England | L74 | Providence (131), RI | x | x | O | | NA | NA | B22 | R | NA |
| Velino | Paul | 22687349 | Full Service SA | New England | L74 | Providence (131), RI | O | x | O | | NA | NA | B10 | x | NA |

*FAs with MAP accounts have already completed

| key | |
|---|---|
| x | attended and signed roster or completed online |
| R | required attendence |
| O | optional attendence |
| NA | not applicable |
| O/R | required if readiness not passed - optional for all else |

DEFENDANT'S EXHIBIT

6

BAI Training Development
Phase II: Transition Training Completion Tracking Report - Northeast Associates
NE Tracking Detail All Assoc

| NE Transition Training | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LastName | FirstName | Person # | Profile | Region | OSJ # | Market | Fund Strategies Advising and Portfolio Edge* (BAI10084) | Equity Fundamentals Exam (TR: NE BAI10053) | Equity Compliance & Research (TR: NE BAI10054) | Retirement Products (TR: NE BAI10055) | Alternative Investments Self Study & Questionnaire (TR: NE BAI10057/ Note: [illegible]) | Alternative Investments Conf Call (live for Managers - recorded for FAs) (TR: NE BAI10057) |
| Anderson | Donald | 28837848 | Administrative Manager | New England | L74 | Providence (131), RI | x | x | x | x | x | x |
| Andrews | Robert | 22376176 | Full Service FA | New England | L74 | Providence (131), RI | x | x | x | x | O | O |
| Arbusto | Frederick | 20093340 | Full Service FA | New England | L74 | Providence (131), RI | x | x | x | x | O | O |
| Boulais | Maureen | 21134077 | Administrative Manager | New England | L74 | Providence (131), RI | x | x | x | x | x | R |
| Calkins | Brenda | 21318257 | Full Service FA | New England | L74 | Providence (131), RI | x | x | x | x | O | O |
| Capobianco | Linda | 23114480 | Full Service FA | New England | L74 | Providence (131), RI | x | x | x | x | O | O |
| Cortney | Wade | 21341689 | Full Service FA | New England | L74 | Providence (131), RI | x | x | x | x | x | R |
| Coogan | Peter | 27809375 | Full Service FA | New England | L74 | Providence (131), RI | x | x | x | x | O | O |
| DeFeo | Gabriel | 20318357 | Full Service FA | New England | L74 | Providence (131), RI | x | x | x | x | O | O |
| DiNovella | Anthony | 27693729 | Market Sales Manager | New England | L74 | Providence (131), RI | x | x | x | x | x | x |
| Farmer | John | 23182961 | Full Service FA | New England | L74 | Providence (131), RI | x | x | x | x | O | O |
| Firth | Christopher | 21823502 | Full Service SA | New England | L74 | Providence (131), RI | x | O | x | O | x | O |
| Fontes | Jeff | 29932064 | Full Service FA | New England | L74 | Providence (131), RI | x | x | x | x | x | R |
| Freeman | Peter | 22735843 | Full Service FA | New England | L74 | Providence (131), RI | x | x | x | x | O | O |
| Gates | Amy | 22730834 | Full Service FA | New England | L74 | Providence (131), RI | x | x | x | x | O | O |
| Goyette | Bobbie | 22184792 | Full Service SA | New England | L74 | Providence (131), RI | x | x | x | x | O | O |
| Griffin | James | 20926486 | Full Service FA | New England | L74 | Providence (131), RI | x | x | x | x | x | x |
| Grill | Glenn | 20951902 | Full Service FA | New England | L74 | Providence (131), RI | x | x | x | x | O | O |
| Grimaldi | Vincent | 23345692 | Full Service FA | New England | L74 | Providence (131), RI | x | x | x | x | O | O |
| Hassett | Joseph | 25537713 | Full Service FA | New England | L74 | Providence (131), RI | x | x | x | x | O | O |
| Hsia | Eric | 27177819 | Full Service FA | New England | L74 | Providence (131), RI | x | x | x | x | O | O |
| Infante | Jeffrey | 28290563 | Full Service SA | New England | L74 | Providence (131), RI | O | O | O | O | O | O |
| Longtin | Jason | 20518404 | Full Service FA | New England | L74 | Providence (131), RI | x | x | x | x | x | x |
| Maia | Patricia | 25013662 | Full Service FA | New England | L74 | Providence (131), RI | x | x | x | x | O | O |
| Martin | Charles | 20326195 | Full Service FA | New England | L74 | Providence (131), RI | x | x | x | x | x | x |
| McHugh | Laurence | 24560775 | Full Service FA | New England | L74 | Providence (131), RI | x | x | x | x | O | O |
| Nobrega | Ronald | 21245377 | Full Service FA | New England | L74 | Providence (131), RI | x | x | x | x | x | R |
| O'Flaherty | Michael | 21893477 | Full Service FA | New England | L74 | Providence (131), RI | x | x | x | x | O | O |
| Oftring | Frank | 29112231 | Full Service FA | New England | L74 | Providence (131), RI | x | x | x | x | x | R |
| Regensburger | Joan | 20201400 | Full Service SA | New England | L74 | Providence (131), RI | x | x | x | x | x | O |
| Rivet | Kevin | 26787610 | Full Service SA | New England | L74 | Providence (131), RI | x | x | O | x | O | O |
| Ruzzo | Beverly | 29875070 | Administrative Assistant | New England | L74 | Providence (131), RI | x | x | O | x | O | O |
| Sarin | Anuradha | 10247387 | Full Service FA | New England | L74 | Providence (131), RI | x | x | x | x | O | O |
| Sheehan | Thomas | 22839418 | Full Service FA | New England | L74 | Providence (131), RI | x | x | x | x | O | O |
| Straight | Donna | 29267752 | Full Service SA | New England | L74 | Providence (131), RI | O | O | O | O | O | O |
| Tinkham | Terence | 24827863 | Full Service FA | New England | L74 | Providence (131), RI | x | x | x | x | O | O |
| Vasta | Joseph | 26329376 | Full Service FA | New England | L74 | Providence (131), RI | x | x | x | x | O | O |
| Velino | Paul | 22687349 | Full Service SA | New England | L74 | Providence (131), RI | O | O | O | O | O | O |

*FAs with MAP accounts have already completed

| key | |
|---|---|
| x | attended and signed roster or completed online |
| R | required attendence |
| O | optional attendence |
| NA | not applicable |
| O/R | required if readiness not passed - optional for all else |

# EXHIBIT 7

# Associate Handbook 2005



DEFENDANT'S EXHIBIT

7

Bank of America Higher Standards

**Family leave**
Bank of America provides you time off to care for a family member with a serious health condition. Family members covered under company policy include those eligible under the federal Family and Medical Leave Act described later in this chapter (such as your child, spouse or parent), and also include your domestic partner, siblings, parent of spouse or domestic partner, grandparents and other individuals for whom you have primary responsibility for giving care.

Family care leave is an unpaid leave. You may use your available vacation, purchased time off and occasional illness days, if applicable, to help fund your leave.

## Family and Medical Leave Act (FMLA)

A federal law called the Family and Medical Leave Act of 1993 (FMLA) established certain requirements for providing unpaid job protected leaves (known as FMLA leaves) for associates to tend to their own or a family member's needs. Certain company leaves provide for more time off and pay options. State laws may also provide additional family and medical leave time. (See "State family and medical leave policies" later in this chapter.) Call the Personnel Center for more details.

An associate should request an FMLA leave before his or her absence begins, giving 30 days' notice whenever possible.

**Eligibility**
To be eligible for job-protected FMLA leave:

- You must have been employed by the company for a minimum of 12 months and worked at least 1,250 hours during the 12 months immediately preceding the start date of the leave.
- There must be 50 or more associates employed by the company at or within 75 miles of your work site.

Global assignees are not eligible for FMLA leave.

**Maximum period of leave**
In general, total FMLA leave for one or a combination of the reasons below may not exceed 12 workweeks in a 12-month period. The company measures the leave on a rolling 12-month basis. For eligible associates who work less than a full-time schedule, the hours of leave entitlement are prorated to reflect the associate's regular work schedule.

The rolling 12-month period is measured backwards from the date an associate takes leave which may qualify as FMLA leave. At any given time, the amount of job-protected leave an associate is entitled to take is equal to 12 weeks less the job-protected leave used during the preceding 12 months.

The time period within which leave may be taken for birth, adoption or foster care placement extends until one year from the birth or placement of the child.

**Reasons for FMLA leave**
You may take a medical leave under FMLA if you are unable to perform your job because of your own serious health condition.

You may also take a family leave under FMLA for one of the following reasons:

- Birth of a child and care of a newborn
- Placement of a child with you for adoption or foster care and care of the child
- Care for spouse, parent or child with a serious health condition. The child must be under the age of 18 or disabled under applicable laws.

**Serious health condition**
A *serious health condition* means an illness, injury, impairment or condition involving any of the following:

- Inpatient care in a hospital (i.e. an overnight stay), nursing home or hospice, including any period of incapacity or subsequent treatment in connection with or consequent to such inpatient care
- Outpatient care that requires continuing treatment or supervision by a health care provider for:
  - A period of incapacity of more than three consecutive calendar days that also involves treatment two or more times by a health care provider or treatment by a health care provider on at least one occasion that results in a regimen of continuing treatment
  - Any period of incapacity due to pregnancy or for prenatal care
  - A chronic condition that requires periodic visits for treatment by a health care provider, continues over an extended period of time and may cause a periodic rather than a continuing period of incapacity
  - A period of incapacity that is permanent or long-term due to a condition for which treatment may not be effective. (The associate or family member must be under the continuing supervision of, but need not be receiving active treatment by, a health care provider.)
  - Any period of absence to receive multiple treatments (including any period of recovery) by a health care provider, either for restorative surgery after an accident or other injury or for a condition that would likely result in a period of incapacity of more than three consecutive calendar days in the absence of medical intervention or treatment.

- If the leave is to care for a family member, including a child, parent or spouse, your certification must state you are needed to care for the family member and provide an estimate of the time you will be needed to provide care or assistance.
- The company is entitled to request a second opinion at its expense. If necessary to resolve a conflict between the original certification and the second opinion, the company may require the opinion of a third health care provider. You and the company jointly select the third health care provider, and the company pays for the opinion. This third opinion is considered final.
- The company reserves the right to seek periodic medical recertification during a medical leave.

**Benefits continuation**

- Generally, Bank of America will continue to pay the company portion of your annual enrollment benefits during your leave (including FMLA leave) on the same basis as if you were not on leave, for up to 26 weeks from the date your leave begins. This company contribution toward the cost of benefits while on leave will be limited to a cumulative total of 26 weeks in a rolling 12-month period (except as provided by applicable law or for approved medical leaves of absence). You will continue to be responsible for your portion of the cost of the benefits.
- After the 26 weeks (unless you are on an approved leave for medical reasons), your annual enrollment benefits will stop. However, you may elect to continue your medical, dental, vision and health care reimbursement account coverage through COBRA health care continuation by paying the applicable costs. You can also contact the associate life, dependent life and long-term care insurance carriers to continue coverage on an individual payment plan. If you are on a medical leave that exceeds 26 weeks, different provisions apply (see "Extended medical leave" later in this chapter).
- During the paid portion of your leave, your contributions for annual enrollment benefits will continue to be deducted from your pay, as if you are actively working.
- While on paid leave, you may stop contributions to the dependent care reimbursement account. Dependent care expenses incurred while you are on a leave are not eligible for reimbursement. You may reinstate contributions within 31 days of your return-to-work date.
- When you begin the unpaid portion of a leave, long-term disability coverage (unless on a medical leave), purchased time off and contributions to the health care and the dependent care reimbursement accounts will stop automatically. You may continue coverage under the health care reimbursement account through COBRA.
- During the unpaid portion of your leave, you will be billed for your cost of the annual enrollment benefits each month. Failure to make your benefits payments will result in coverage termination.
- Within 31 days of beginning an unpaid leave, you may be able to drop or reduce your annual enrollment benefits.
- You will not accrue occasional illness or vacation hours while on an unpaid leave of absence.
- Within 31 days of returning from an unpaid leave of absence, you may be able to make changes to your health and insurance benefits.
- If you return to work from an FMLA leave, you can reinstate your annual enrollment benefits to the same status you had prior to going on leave (with the exception of purchased time off).
- If you do not return from leave (including FMLA) due to personal rather than medical reasons, the company reserves the right to seek reimbursement for all health care premiums paid on your behalf during the leave.
- As your return date draws closer, contact your manager to begin discussing the details.

### Returning to work from leave

The company may require an associate on leave, including FMLA leave, to report periodically on his or her status and intent to return to work. If the associate is able to return to work earlier than anticipated, he or she must provide the company with at least two business days' notice. Failure to return to work after the scheduled end of leave, including FMLA leave, without notifying the company in advance is considered a voluntary resignation.
If medical reasons require extension of leave beyond a scheduled date of return, you must give the company as much advance notice as possible of the need for additional leave.
The company may require additional certification to demonstrate the medical need for the additional leave.