# EXHIBIT 9

99939 99877 00100000000 000

0505028368

ACS/ MetLife Disability
PO Box 14590
Lexington, KY 40511

MetLife®

MAY 03, 2005

JOSEPH J VASTA
12 HERITAGE ROAD
BARRINGTON, RI 02806

CLAIM #: FM0505022142

Employer: BANK OF AMERICA

Dear Associate:

We have been notified of your request to take a leave of absence for:

- ☒ A serious health condition (including incapacity due to pregnancy) that makes you unable to perform the functions of your job; or
- ☐ A serious health condition affecting a family member for whom you are needed to provide care; or
- ☐ The care of your newborn child, or the placement of a child with you for adoption or foster care.

MetLife administers associate leaves of absence (paid and unpaid) under the Family and Medical Leave Act (FMLA), state leave laws, and other family or medical leave offered by Bank of America. Your eligibility and your reason for leave are being evaluated to determine whether or not this leave qualifies under each category. If approved, your leave of absence will be considered part of your annual entitlement under the FMLA and/or other categories.

The following information is enclosed in your employee packet:

- ☒ **Your Rights and Obligations Under the Family and Medical Leave Act**
- ☒ **Authorization for Release and Use of Information.** You must complete and return this form as soon as possible if your need for leave is due to your own serious health condition and you are also making a claim for disability benefits.
- ☒ **Health Care Provider Certification(HCPC).** You must have this form completed only if: 1) your request for leave is due to the serious health condition of a family member rather than yourself, or 2) you have a serious health condition **and you are not making a claim for disability benefits.** If either of the above apply to you, you must have this form completed and returned to MetLife by the beginning of your absence or within 20 calendar days from the date of this letter (whichever is later) or your leave request may be delayed or denied.

  If you are making a claim for disability benefits, do not submit the HCPC.* We will determine your eligibility for FMLA and/or state law leave when we determine your disability claim.

---

*You may, if you choose, decline to proceed with your disability claim and still have your request for leave of absence considered for FMLA and state leave laws. If you do choose this option, please notify MetLife that you do not wish to be considered for disability benefits by calling us at the same 800 number you used to make your claim and have the HCPC completed and returned to us within the time frame indicated above.

JY9546.SCR (03/05)

DEFENDANT'S EXHIBIT

9

**Accrued Paid Leave.** For STD leave, the 7 day waiting period may be funded with available occasional illness days and sickness benefit days, if applicable. Otherwise, associates may elect to use accrued paid time off (e.g., vacation, purchased time off) if appropriate for the type of leave. Any paid time off will run concurrently with FMLA and will be counted toward the FMLA leave.

If you are eligible for FMLA leave and you take family (to care for the serious health condition of your child, spouse or parent), foster care, adoption, maternity, paternity, short-term disability, medical or intermittent leave, or if you wish to work a SelectTime schedule, your time off, whether paid or unpaid, will count towards your annual leave entitlement under the FMLA.

**Bank of America benefits while on FMLA Leave.** Generally, Bank of America will continue to pay its share of the cost of your annual enrollment benefits while you are on an approved FMLA leave. During the paid portion of your leave, your share of the cost of the benefits will continue to be automatically deducted from your pay. However, during the unpaid portion of your leave, you will be billed each month for your share of the cost of your benefits. If you do not make your benefit payments, your coverage will be cancelled.

**Job Reinstatement.** You will be required to present a fitness-for-duty certificate prior to being restored to employment. If such certification is not received, your return to work may be delayed until certification is provided.

Special rules regarding reinstatement apply to key employees as defined in the FMLA. Bank of America will contact you if these rules apply to you.

**Periodic Reports.** While on FMLA leave, you may be required to provide periodic reports of your status and intent to return to work, and may also be required to provide subsequent re-certification. MetLife or Bank of America will contact you for such reports, if necessary.

**Other Information**
**Please Note:** Failure to provide required certifications, recertifications, and status reports or to timely return to work may affect your right to return to work and your employment status with the company.

You may also have additional leave rights under some state laws. To the extent permitted by law, leaves that qualify under both the FMLA and a state leave law will generally run concurrently. For more detailed information about medical and family leaves, refer to the Associate Handbook.

For more information on the FMLA, refer to the enclosed documents and your Associate Handbook. You may also contact your Claim Case Manager at 800-306-3850.

Sincerely,

Claim Case Manager

Enclosures

## Your Rights & Obligations Under the Family and Medical Leave Act

Under the Family and Medical Leave Act (FMLA) an eligible employee may take up to 12 weeks of leave within a 12-month period if necessary for specific reasons. The employer designates the 12-month period (calendar, fixed, or rolling).

To be eligible for FMLA leave, an employee must:

- Work for a covered employer;
- Have worked for the employer for 12 months;
- Have worked at least 1,250 hours over the previous 12 months; and
- Work at a location in the United States where at least 50 employees are employed by the employer within 75 miles.

FMLA leave may be taken:

- For the birth and care of a newborn child of the employee;
- For placement with the employee of a child for adoption or foster care;
- To care for an immediate family member (spouse, child, or parent) who has a serious health condition; or
- When the employee is unable to perform his/her job because of a serious health condition.

An employee must provide 30-day advance notice of the need to take FMLA leave when the need is foreseeable and such notice is practicable. An employer may also require the employee to provide medical certification supporting the need for leave and may periodically ask the employee about his/her status and intent to return to work; please see the cover letter to this notice regarding requirements for submission of medical information that apply to you. Certain limitations apply for spouses employed by the same employer, leave for childbirth/adoption/foster care, and leave taken intermittently or on a reduced schedule.

An employer may require periodic reports from an employee during FMLA leave of the employee's status and intent to return to work, and in some cases may also require medical re-certification if the FMLA leave is due to a serious health condition. MetLife or your employer will contact you for such information, if necessary.

An employer may require an employee to use sick time, vacation, or other paid time off simultaneously with FMLA leave. If not so required, an employee may choose to use such paid time off simultaneously with FMLA leave. Please see the cover letter to this notice regarding whether your employer will require you to take accrued paid leave at the same time as your FMLA leave. If your employer does not require you to take paid leave, you may elect to take accrued paid leave, i.e., vacation, sick time, etc., at the same time as your FMLA leave by contacting your employer.

An employee on FMLA leave continues to be covered by group health insurance coverage if such insurance was provided before the leave was taken. Your employer will contact you about making premium payments for such coverage. You are required to make premium payments, or your coverage may lapse. In some instances, an employer may recover premiums it paid to maintain health coverage for an employee who fails to return to work from FMLA leave; your employer will contact you if it reserves the right to make such recovery.

An employer generally must restore an employee to his/her job or to a job with equivalent pay, benefits, and other terms and conditions of employment upon return from FMLA leave (unless the employee is a "key employee" as defined by the FMLA). Your employer will contact you if you are such a "key employee." If an employee fails to return to work at the end of FMLA leave, or the employee would have been discontinued regardless of taking leave, none of the employee's FMLA rights to job restoration will apply.

An employer may require the employee to present a fitness-for-duty certificate to be restored to employment upon return from FMLA leave. Your employer will contact you if such a requirement applies to you.

For more information, please contact your employer or MetLife (your employer's FMLA administrator).

99939 99486 00100000000 000

0520072534A

Associate Name: JOSEPH J. VASTA FMLA Claim #: 31050502848 1

## Health Care Provider Certification - Family and Medical Leave

Note: This form should be completed only if your leave request is to care for a family member who has a serious health condition or for your own serious health condition and you are not pursuing a claim for disability income benefits.

**This Box Only To Be Completed By The Patient**
**(Patient may be the associate OR a family member of the associate)**

**Print Patient Name:** JOSEPH J. VASTA

**Medical Release:** I authorize my Health Care Provider to release the information requested on this Certification to Metropolitan Life Insurance Company (MetLife) and Bank of America and its affiliates for purposes of the evaluation of a family and medical leave request (including federal Family and Medical Leave Act and/or similar state laws), and to speak with a health care provider representing the company in order to clarify and authenticate the information on this Certification. I understand that family and medical leave may be delayed or denied if the information requested on the Certification is not provided, is unclear, or is incomplete. I understand that I have the right to revoke this authorization in writing at any time by notifying MetLife in writing at Metropolitan Life Insurance Company, P.O. Box 14590, Lexington, KY 40511-4590 and that if I do not, the authorization will remain in effect until the end of any FMLA leave granted by the company based on the health condition referenced on this Certification or the date on which the FMLA leave request is denied, whichever is applicable. I understand that any revocation by me shall not apply to any person's actions taken based on this authorization prior to their receipt of my written revocation and that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient and no longer protected by privacy regulations of the U.S. Health and Human Services (65 CFR Parts 160 and 164). A copy of this authorization is as valid as the original.

**Patient Signature:** ______________________

**Date:** 5/9/05

**This Box Only To Be Completed By The Associate**

**Care of Family Member** (to be completed only by an associate needing family leave to care for a family member): state the care you will provide and an estimate of the period during which care will be provided (start and end date), including a schedule if leave is to be taken intermittently or if it will be necessary for you to work less than a full schedule:

**Associate Signature:** ______________________

**Date:** ______________________

**Remainder Of This Certificate To Be Completed by Health Care Provider**

Here and elsewhere on this Certification the information sought relates only to the condition for which the associate is taking FMLA leave. For purposes of this Certification, the following terms will have the meaning indicated: (a) "incapacity" and the forms of that word means inability to work, attend school, or perform other regular daily activities due to the serious health condition, treatment therefor, or recovery therefrom; (b) "treatment" and the forms of that word includes examinations to determine whether a serious health condition exists d evaluations of the condition and does not include routine physical, eye, or dental examinations; (c) a "regimen of continuing treatment" includes, for example, a course of prescription medication (e.g., an antibiotic) or therapy requiring special equipment to resolve or aleviate the health condition, but does not include the taking of over-the-counter medications, bed rest, drinking fluids, exercise and other similar activities that can be initiated without a visit to a health care provider.

99939 99487 00100000000 000

0505200253744

Associate Name: Joseph J. [illegible] FMLA Claim #: 3105050028484

1. Patient's Name: Joseph J. [illegible]

2. A "Serious Health Condition" means an illness, injury, impairment, or physical or mental condition that involves one of the following. If the patient's condition qualifies under any of the categories described, please check the applicable category:

☐ **Hospital Care.** Inpatient care (i.e., an overnight stay) in a hospital, hospice, or residential medical care facility, including any period if incapacity or subsequent treatment in connection with, or consequent to, such inpatient care.

☑ **Absence Plus Treatment.** A period of incapacity exceeding three (3) consecutive calendar days (including any subsequent treatment or period of incapacity) also involving either: (a) treatment two or more times by a health care provider (or by a nurse or physician's assistant under direct supervision of a health care provider or by a provider of health care services such as a physical therapist under orders of or on referral by a health care provider); or (b) treatment by a health care provider on at least one occasion which results in a regiment of continuing treatment under the supervision of the health care provider.

☐ **Pregnancy.** Any period of incapacity due to pregnancy or for prenatal care.

☐ **Chronic Condition Requiring Treatment.** A chronic condition which requires periodic visits for treatment by a health care provider (or by a nurse or physician's assistant under the direct supervision of a health care provider), continues over an extended period of time (including recurring episodes of a single underlying condition) and may cause episodic rather than a continuing period of incapacity.

☐ **Permanent/Long Term Condition Needing Supervision.** A period of incapacity which is permanent or long-term due to a condition for which treatment may not be effective. The patient must be under the continuing supervision of, but need not be receiving active treatment by, a health care provider. Examples include Alzheimer's, a severe stroke, or terminal stages of a disease.

☐ **Multiple Treatments (Non-Chronic Conditions).** Any period of absence to receive multiple treatments (including any period of recovery therefrom) by a health care provider or by a provider of health care services under orders of, or on referral by, a health care provider, either for restorative surgery after an accident or other injury, or for a condition that would likely result in a period of incapacity of more than three (3) consecutive calendar days in the absence of medical intervention or treatment, such as cancer (chemotherapy, radiation, etc.) severe arthritis (physical therapy), kidney disease (dialysis).

☐ **None of the Above.** Please skip all remaining questions, sign the Certification and return it.

3. Describe the medical facts supporting your certification, including a brief statement as to how the medical facts meet the criteria of one of these categories.

~~Patient underwent arthroscopy surgery on his (R) shoulder on 3/10/05.~~
Patient is having a (L) total knee replacement on 5/31/05

4. When did the serious health condition commence (if it has not yet begun, when will it begin)?

~~3/10/05 [illegible]~~. 5/31/05 3-6 months

5. Is the patient incapacitated at the present time? ☑ Yes ☐ No

6. If the patient is not presently incapacitated, when and for how long will the patient be incapacitated?

7. When will the patient's incapacity due to the serious health condition end?

~~[illegible] from surgery~~. 3-6 months after surgery.

8. Will the patient need future treatments (or a regimen of continuing treatment) for the serious health condition?
☑ Yes ☐ No If yes, please describe the nature of the treatments/regimen of continuing treatment.
If yes, please describe the nature of the treatments.

Physical Therapy

9. Will any of the treatments be provided by another provider of health services? ☑ Yes ☐ No
Physical Therapist

10. If the patient is the associate, please check each of the below that apply and answer the questions below each item that you check:

a. ☑ It will be necessary for the patient to take leave from work for a single, continuous block of time due to incapacity or treatment.

Please provide the dates of such incapacity:

99939 99488 00100000000 000

Associate Name: Joseph J. Vasta FMLA Claim #: 3/0505028481

Patient's Name: Same as Above

b. It will be necessary for the patient to take leave from work either (or both):
- ☐ Intermittently (i.e., to be absent from work on an occasional, irregular basis) due to incapacity or for treatment, or
- ☐ On a reduced schedule basis (i.e., to work on less than a normal schedule) due to incapacity or for treatment.

If either or both of the above applies, please answer:

When (or how often) will the treatments or episodes of incapacity occur (e.g., will need to take up to 1 day every 10 days [or 3 days/month] over the next 6 months)? Provide actual or estimated dates of treatment or incapacity.

How many treatments or episodes of incapacity will there be?

When will all the foreseeable treatments and episodes of incapacity, including period for recovery, be over?

c. ☒ The associate is unable to perform any kind of work.

d. ☐ The associate is unable to perform one or more of the essential functions of the associate's position (based on information regarding the position provided to you by the associate or the employer). If so, which functions is the associate unable to perform?

11. If the patient is NOT the associate please check each that apply and answer the questions below each item that you check.

a. ☐ The patient's incapacity, need for treatment, and/or need for care from the associate will take place in a single, continuous block of time.

Please provide the dates of such incapacity:

b. The patient's incapacity, treatments, or need for care from the associate:
- ☐ will occur intermittently (i.e., on an occasional, irregular basis); or
- ☐ will require the associate to work a reduced schedule (i.e., to work on less than a normal schedule).

If either or both of the above applies, please answer:

When (or how often) will the treatments, episodes of incapacity, and/or episodes of need for the associate's care occur (e.g., will need to take up to 1 day every 10 days [or 3 days/month] over the next 6 months)?

How many treatments or episodes of incapacity, and/or episodes of need for the associate's care will there be?

When will all the foreseeable treatments, episodes of incapacity, and/or episodes of need for the associate's care, including period for recovery, be over?

c. ☐ The patient requires assistance for basic medical or personal needs or safety, or for transportation.

d. ☐ The associate's presence to provide psychological comfort would be beneficial to the patient or assist in the patient's recovery.

[signature] Date: 5/9/05

Health Care Provider Signature

~~Michael Wiggins MD~~ Philippe Cote MD — Type of Practice: Orthopedics

Print Health Care Provider Name

Address: 285 Promenade St Providence RI 02908

Phone: 401-459-4001 Fax: 401-459-4010

*Please return to the employer's FMLA administrator at:*

MetLife Disability
P.O. Box 14590
Lexington, Kentucky 405 11-4590
Fax: 1-800-230-9531

# EXHIBIT 10

Metropolitan Life Insurance Company
MetLife Disability, P O Box 14590, Lexington, KY 40511-4590
Phone: 1-800-638-2242 Fax: 1-800-230-9531

59

MetLife

1-800 306 3850

June 7, 2005

Operative report after surgery

Mr. Joseph J. Vasta
12 Heritage Road
Barrington, RI 02806

RE: Employer: BANK OF AMERICA
Claim #: 310505028481
Employee ID #: 026329376

Dear Mr. Vasta:

We have reviewed your claim for disability benefits and have approved your claim from May 30, 2005 through July 31, 2005.Since your plan has a seven day waiting period during which you must be disabled before your benefits are payable, your benefits are payable effective June 6, 2005. You will receive your disability benefit payment through your employer's regular payroll process.

We anticipate that you will return to work on your first regularly scheduled workday after July 31, 2005. In the event that your disability extends beyond this date, you are required to have your health care provider fax, to the number listed above, specific medical information in order to consider the claim for possible continuation of benefits. This information should include:

1. Copies of the two most recent:
   - Office notes.
   - Diagnostic test results.
   - Operative reports and discharge summaries, if applicable.
   - Rehabilitation or therapy notes, if applicable.
2. Names and dosages of all current medications.
3. Functional abilities.
4. Expected return to work date

Please notify MetLife Disability if you return to work prior to your expected date of August 1, 2005. If no additional information is received by August 7, 2005, your claim will be closed.

If you have questions, please contact MetLife's Customer Response Center Monday through Friday from 8:00 A.M. to 8:00 P.M. Eastern Time at the toll free number above. Our Customer Response Center representatives can assist you with your claim questions.

Sincerely,

Brent Kuhlemeyer
**MetLife Disability**

cc: Mr Anthony Dinovello

DEFENDANT'S EXHIBIT
10

*For efficient and prompt claim handling, all documents or correspondence returned to us should contain the claim number.*

# EXHIBIT 11

60

Metropolitan Life Insurance Company
MetLife Disability, P O Box 14590, Lexington, KY 40511-4590
Phone: 1-800-638-2242 Fax: 1-800-230-9531

Bank of America

MetLife®

June 7, 2005

Mr. Joseph J. Vasta
12 Heritage Road
Barrington, RI 02806

RE: Employer: Bank of America
Claim #: FM0505022142
Associate ID: 026329376

Dear Mr. Vasta:

The leave of absence under the Family Medical Leave Act (FMLA) you requested has been approved effective May 30, 2005 through July 29, 2005. You are approved for leave of absence under the FMLA or state leave laws and the leave will be deducted from your available leave time under these laws.

At the conclusion of this leave, you will have time remaining under the Federal leave program and the State leave program.

If there is a change in the length of time you are requesting for this leave of absence, contact our office immediately. If you wish to extend your leave due to a serious health condition affecting yourself or another family member, and you have not exhausted your FMLA time, it is your responsibility to submit a new Health Care Provider Certification form to support any additional time beyond July 29, 2005. Failure to receive this information by August 13, 2005 may result in closure of your FMLA claim.

You may refer to the document titled "Your Rights under Family and Medical Leave Act of 1993," which was included in your associate packet, for details on the FMLA. You should contact your manager about the status of your job or availability of any other leave options.

If you have questions, please contact MetLife's Customer Response Center Monday through Friday from 8:00 A.M. to 8:00 P.M. Eastern Time at the toll free number above. Our Customer Response Center representatives can assist you with your claim questions.

Sincerely,

*Brent Kuhlemeyer*

**MetLife Disability**

cc: Mr Anthony Dinovello

enclosure

DEFENDANT'S EXHIBIT

11

# EXHIBIT 12

Metropolitan Life Insurance Company
MetLife Disability, P O Box 14590, Lexington, KY 40511-4590
Phone: 1-800-638-2242 Fax: 1-800-230-9531

Bank of America

58

MetLife

August 1, 2005

Mr. Joseph J. Vasta
12 Heritage Road
Barrington, RI 02806

RE: Employer: Bank of America
Claim #: 310505028481
Associate ID: 026329376

Dear Mr. Vasta:

We previously notified you of the information required for your short-term disability claim. Our records reflect this has not been provided, therefore your short-term disability claim is being closed as of July 31, 2005.

If you have not yet returned to work, please contact your manager.

You may appeal this decision by sending a written request for appeal to MetLife Disability, PO Box 14590, Lexington KY, 40511-4590 within 180 days after you receive this denial letter. Please include in your appeal letter the reason(s) you believe the claim was improperly denied, and submit the previously requested information as well as any additional comments, documents, records or other information relating to your claim that you deem appropriate for us to give your appeal proper consideration. Upon request, MetLife will provide you with a copy of the documents, records, or other information we have that are relevant to your claim.

MetLife will evaluate all the information and advise you of our determination of your appeal within 45 days after we receive your written request for appeal. If there are special circumstances requiring additional time to complete our review, we may take up to an additional 45 days, but only after notifying you of the special circumstances in writing. In the event your appeal is denied in whole or in part, you will have the right to bring a civil action under Section 502(a) of the Employee Retirement Income Security Act of 1974.

If you have questions, please contact MetLife's Customer Response Center Monday through Friday from 8:00 A.M. to 8:00 P.M. Eastern Time at the toll free number above. Our Customer Response Center representatives can assist you with your claim questions.

Sincerely,

Brent Kuhlemeyer
**MetLife Disability**

cc: Mr Anthony Dinovello

DEFENDANT'S EXHIBIT
12

# EXHIBIT 13

Metropolitan Life Insurance Company
MetLife Disability, P.O Box 14590, Lexington, KY 40511-4590
Phone: 1-800-306-3850 Fax: 1-800-230-9531

55

MetLife

Bank of America

August 12, 2005

Mr. Joseph Vasta
12 Heritage Rd
Barrington, RI 02806

RE: Employer: Bank of America
Claim #: 310505028481
Associate ID: 026329376

Dear Mr Vasta:

The short-term disability you requested has been extended effective July 31, 2005 through August 31, 2005. Any additional extension beyond August 31, 2005 will require additional current medical documentation from your attending physician (post op office visit notes, physical therapy initial evaluation and progress notes, estimated return to work date, and any test results). Failure to receive this information by August 31, 2005 may result in closure of your claim.

**What you need to do before your scheduled return-to-work date.**

- If you need to request an extension of your leave, contact your manager and MetLife immediately, but before your scheduled return-to-work date.
- If you are able to return to work earlier than your scheduled return-to-work date, you must notify your manager and MetLife at least two business days before the date you intend to report to work.
- A few days before your scheduled return-to work date, contact your manager and MetLife to confirm the date you will return to work.
- You must promptly report to work on your scheduled return-to-work date. Failure to do so or failure to provide required certifications, re-certifications or notices may affect your right to return to work and your employment status with the company.

**For additional assistance**

- Refer to the *Associate Handbook* for more information including information about your benefits
- Visit Personnel Online

If you have questions, please contact MetLife's Customer Response Center Monday through Friday from 8:00 A.M. to 8:00 P.M. Eastern Time at the toll free number above. Our Customer Response Center representatives can assist you with your claim questions.

Sincerely,

*Brent Kuhlemeyer*

**MetLife Disability**

DEFENDANT'S EXHIBIT

13

**For efficient and prompt claim handling, all documents or correspondence returned to us should contain your claim number.**

# EXHIBIT 14

Metropolitan Life Insurance Company
MetLife Disability, P O Box 14590, Lexington, KY 40511-4590
Phone: 1-800-638-2242 Fax: 1-800-230-9531

56

Bank of America

MetLife

August 12, 2005

Mr. Joseph J. Vasta
12 Heritage Road
Barrington, RI 02806

RE: Employer: Bank of America
Claim #: FM0505022142
Associate ID: 026329376

Dear Mr. Vasta:

The leave of absence under the Family Medical Leave Act (FMLA) you requested has been approved effective May 30, 2005 through August 26, 2005. You are approved for leave of absence under the FMLA or state leave laws and the leave will be deducted from your available leave time under these laws.

At the conclusion of this leave, you will have exhausted your Federal and State leave entitlement.

If there is a change in the length of time you are requesting for this leave of absence, contact our office immediately. If you wish to extend your leave due to a serious health condition affecting yourself or another family member, and you have not exhausted your FMLA time, it is your responsibility to submit a new Health Care Provider Certification form to support any additional time beyond August 26, 2005. Failure to receive this information by September 10, 2005 may result in closure of your FMLA claim.

You may refer to the document titled "Your Rights under Family and Medical Leave Act of 1993," which was included in your associate packet, for details on the FMLA. You should contact your manager about the status of your job or availability of any other leave options.

If you have questions, please contact MetLife's Customer Response Center Monday through Friday from 8:00 A.M. to 8:00 P.M. Eastern Time at the toll free number above. Our Customer Response Center representatives can assist you with your claim questions.

Sincerely,
*Brent Kuhlemeyer*
**MetLife Disability**

cc: Mr Anthony Dinovello

enclosure

DEFENDANT'S EXHIBIT
14

# EXHIBIT 15

Metropolitan Life Insurance Company
MetLife Disability, P O Box 14590, Lexington, KY 40511-4590
Phone: 1-800-638-2242 Fax: 1-800-230-9531

**Bank of America**

51

**MetLife**

August 12, 2005

Mr. Joseph J. Vasta
12 Heritage Road
Barrington, RI 02806

RE: Employer: Bank of America
Claim #: FM0505022142
Associate ID: 026329376

Dear Mr. Vasta:

Your leave of absence under the Family and Medical Leave Act (FMLA) beginning on May 28, 2005 has been closed because our records indicate that you have used the maximum leave period allowed. This leave of absence under the FMLA was exhausted on August 26, 2005.

You may refer to the document entitled "Your Rights under Family and Medical Leave Act of 1993," which was included in your associate packet, for details on the FMLA. You may have other leave options available to you. Communication has or will arrive soon describing those options if available. If you have additional questions about the status of your job or availability of any other leave options you should contact your manager.

If you have questions, please contact MetLife's Customer Response Center Monday through Friday from 8:00 A.M. to 8:00 P.M. Eastern Time at the toll free number above. Our Customer Response Center representatives can assist you with your claim questions.

Sincerely,

*Brent Kuhlemeyer*

**MetLife Disability**

cc: Mr Anthony Dinovello

DEFENDANT'S EXHIBIT
15