# EXHIBIT 16

285 Promenade St
Providence, RI 02908
Telephone: (401)459-4001
Fax: (401)459-4010

Foundry SportsMedicine & FITNESS

**Foundry Orthopedics**

# Fax

| | |
|---|---|
| To: | From: Jen |
| Fax: 245-7854 | Pages: (1) |
| Phone: | Date: 9-12 |
| Re: J. Vasta | CC: |

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

☐ Michael E. Wiggins, M.D. ☒ Philippe S. Cote, M.D.
☐ Lawrence W. Lee, M.D. ☐ Kenneth A. Furcolo, PA-C
☐ Elizabeth G. Matzkin, M.D. ☐ Joseph H. Armen, DO

285 Promenade Street, Providence, RI 02908
Tel: 401-459-4001 Fax: 401-459-4010

Date 9-12-05

Joseph Vasta is under my care for Knee and is

☐ unable to work until

☒ able to return to work on 9-19-05

☐ Special instructions

Signature: Dr Cote -SD

*Confidenti...* ...is strictly confidential and intended only for the designated recipient. If you received this in error, please notify the sender immediately by telephone and return the original fax by mail to the above address. Any other use is a violation of Federal Law (HIPAA). If received in error, the review, dissemination, distribution or copying of information contained in this fax is prohibited. Thank you.

DEFENDANT'S EXHIBIT 16

# EXHIBIT 22

| | | | | |
|---|---|---|---|---|
| Joseph J Vasta<br>12 Heritage Road<br>Barrington RI 02806 | SSN:<br>Person No.: 26329376<br>Rate: 0.00 | Federal: Married<br>Exemptions: 2<br>Add'l: 0.00 | Work State: RI<br>Exemptions: 2<br>Add'l: 0.00 | Res. State: RI<br>Exemptions: 2<br>Add'l: 0.00 |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Draw | | | 1000.00 | | 9000.00 |
| GTL | | | 13.20 | | 118.80 |
| Totals: | | | 1013.20 | | 9118.80 |

**PRE-TAX BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

**TAXES**

| Description | Taxable Earnings Current | Taxable Earnings YTD | Taxes Withheld Current | Taxes Withheld YTD |
|---|---|---|---|---|
| (RI) SDI | 1000.00 | 9000.00 | 14.00 | 126.00 |
| (RI) SIT | 1013.20 | 9118.80 | 17.92 | 162.21 |
| FIT | 1013.20 | 9118.80 | 41.32 | 371.88 |
| MEDICARE | 1013.20 | 9118.80 | 14.69 | 132.22 |
| SS | 1013.20 | 9118.80 | 62.82 | 565.37 |
| Totals: | | | 150.75 | 1357.68 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

| | GROSS | less TAXES | less DEDUCTIONS | less IMPUTED INCOME | plus OTHER PAYMTS | equals NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1013.20 | 150.75 | 0.00 | 13.20 | 0.00 | 849.25 |
| YTD | 9118.80 | 1357.68 | 0.00 | 118.80 | 0.00 | 7642.32 |

| COMPANY | COST CENTER | ADVICE NO. | ADVICE DATE | BEGIN/END DATES | PERIOD |
|---|---|---|---|---|---|
| 00541 | 0037131 | 1784409 | 05/13/2005 | 05/01/2005-05/15/2005 | Semi-Month |

| Current Pay Distribution | | DIRECT DEPOSIT AMOUNT |
|---|---|---|
| Cxxxxxx6338 | BANK OF NEWPORT | 849.25 |

Bank of America
100 N. Tryon Street
Charlotte, NC 28255

ADVICE NO. . 1784409
ADVICE DATE: 05/13/2005

Brought to you by our customers!!!
If you have questions, contact the Bank of America Personnel Center at 1-800-556-6044

Print | Close

Important Legal Information Copyright © 1998-2006 FMR Corp. All rights reserved.
Version: PKG_WEB_200512_12122005_2119 (FEBPRDWP119WIN)

DEFENDANT'S EXHIBIT
22

| | | | | |
|---|---|---|---|---|
| Joseph J Vasta<br>12 Heritage Road<br>Barrington RI 02806 | SSN:<br>Person No.: 26329376<br>Rate: 0.00 | Federal: Married<br>Exemptions: 2<br>Add'l: 0.00 | Work State: RI<br>Exemptions: 2<br>Add'l: 0.00 | Res. State: RI<br>Exemptions: 2<br>Add'l: 0.00 |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Draw | | | 1000.00 | | 10000.00 |
| GTL | | | 13.20 | | 132.00 |
| Totals: | | | 1013.20 | | 10132.00 |

**PRE-TAX BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

**TAXES**

| Description | Taxable Earnings Current | Taxable Earnings YTD | Taxes Withheld Current | Taxes Withheld YTD |
|---|---|---|---|---|
| (RI) SDI | 1000.00 | 10000.00 | 14.00 | 140.00 |
| (RI) SIT | 1013.20 | 10132.00 | 17.92 | 180.13 |
| FIT | 1013.20 | 10132.00 | 41.32 | 413.20 |
| MEDICARE | 1013.20 | 10132.00 | 14.60 | 146.91 |
| SS | 1013.20 | 10132.00 | 62.81 | 628.18 |
| Totals: | | | 150.74 | 1508.42 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

| | GROSS | less TAXES | less DEDUCTIONS | less IMPUTED INCOME | plus OTHER PAYMTS | equals NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1013.20 | 150.74 | 0.00 | 13.20 | 0.00 | 849.26 |
| YTD | 10132.00 | 1508.42 | 0.00 | 132.00 | 0.00 | 8491.58 |

| COMPANY | COST CENTER | ADVICE NO. | ADVICE DATE | BEGIN/END DATES | PERIOD |
|---|---|---|---|---|---|
| 00541 | 0037131 | 2004394 | 05/31/2005 | 05/16/2005-05/31/2005 | Semi-Month |

| Current Pay Distribution | | DIRECT DEPOSIT AMOUNT |
|---|---|---|
| C xxxxxx6338 | BANK OF NEWPORT | 849.26 |

Bank of America
100 N Tryon Street
Charlotte, NC 28255

ADVICE NO. : 2004394
ADVICE DATE: 05/31/2005

Brought to you by our customers!!!
If you have questions, contact the Bank of America Personnel Center
at 1-800-556-6044

Print | Close

Important Legal Information Copyright © 1998-2006 FMR Corp. All rights reserved.
Version: PKG_WEB_200512_12122005_2119 (FEBPRDWP119WIN)

104

| | | | | |
|---|---|---|---|---|
| Joseph J Vasta<br>12 Heritage Road<br>Barrington RI 02806 | SSN:<br>Person No.: 26329376<br>Rate: 0.00 | Federal: Married<br>Exemptions: 2<br>Add'l: 0.00 | Work State: RI<br>Exemptions: 2<br>Add'l: 0.00 | Res. State: RI<br>Exemptions: 2<br>Add'l: 0.00 |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Draw | | | 1000.00 | | 11000.00 |
| GTL | | | 13.20 | | 145.20 |
| Totals: | | | 1013.20 | | 11145.20 |

**PRE-TAX BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

**TAXES**

| Description | Taxable Earnings Current | Taxable Earnings YTD | Taxes Withheld Current | Taxes Withheld YTD |
|---|---|---|---|---|
| (RI) SDI | 1000.00 | 11000.00 | 14.00 | 154.00 |
| (RI) SIT | 1013.20 | 11145.20 | 17.92 | 198.05 |
| FIT | 1013.20 | 11145.20 | 41.32 | 454.52 |
| MEDICARE | 1013.20 | 11145.20 | 14.70 | 161.61 |
| SS | 1013.20 | 11145.20 | 62.82 | 691.00 |
| Totals: | | | 150.76 | 1659.18 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

| | GROSS | less TAXES | less DEDUCTIONS | less IMPUTED INCOME | plus OTHER PAYMTS | equals NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1013.20 | 150.76 | 0.00 | 13.20 | 0.00 | 849.24 |
| YTD | 11145.20 | 1659.18 | 0.00 | 145.20 | 0.00 | 9340.82 |

| COMPANY | COST CENTER | ADVICE NO. | ADVICE DATE | BEGIN/END DATES | PERIOD |
|---|---|---|---|---|---|
| 00541 | 0037131 | 2127445 | 06/15/2005 | 06/01/2005-06/15/2005 | Semi-Month |

| Current Pay Distribution | | DIRECT DEPOSIT AMOUNT |
|---|---|---|
| C xxxxxx6338 | BANK OF NEWPORT | 849.24 |

Bank of America
100 N. Tryon Street
Charlotte, NC 28255

ADVICE NO. : 2127445
ADVICE DATE: 06/15/2005

Brought to you by our customers!!!
If you have questions, contact the Bank of America Personnel Center
at 1-800-556-6044

Print | Close

Important Legal Information Copyright © 1998-2005 FMR Corp. All rights reserved.
Version: PKG_WEB_200512_12122005_2119 (FEBPRDWP119WIN)

105

| | | | | |
|---|---|---|---|---|
| Joseph J Vasta<br>12 Heritage Road<br>Barrington RI 02806 | SSN:<br>Person No.: 26329376<br>Rate: 0.00 | Federal: Married<br>Exemptions: 2<br>Add'l: 0.00 | Work State: RI<br>Exemptions: 2<br>Add'l: 0.00 | Res. State: RI<br>Exemptions: 2<br>Add'l: 0.00 |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Draw | | | 1000.00 | | 12000.00 |
| GTL | | | 13.20 | | 158.40 |
| STD 100pct | | | 3717.15 | | 3717.15 |
| Totals: | | | 4730.35 | | 15875.55 |

**PRE-TAX BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Totals. | 0.00 | 0.00 |

**TAXES**

| Description | Taxable Earnings Current | Taxable Earnings YTD | Taxes Withheld Current | Taxes Withheld YTD |
|---|---|---|---|---|
| (RI) SDI | 4717.15 | 15717.15 | 66.04 | 220.04 |
| (RI) SIT | 4730.35 | 15875.55 | 228.24 | 426.29 |
| FIT | 4730.35 | 15875.55 | 759.67 | 1214.19 |
| MEDICARE | 4730.35 | 15875.55 | 68.59 | 230.20 |
| SS | 4730.35 | 15875.55 | 293.28 | 984.28 |
| Totals: | | | 1415.82 | 3075.00 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

| | GROSS | less TAXES | less DEDUCTIONS | less IMPUTED INCOME | plus OTHER PAYMTS | equals NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 4730.35 | 1415.82 | 0.00 | 13.20 | 0.00 | 3301.33 |
| YTD | 15875.55 | 3075.00 | 0.00 | 158.40 | 0.00 | 12642.15 |

| COMPANY | COST CENTER | ADVICE NO | ADVICE DATE | BEGIN/END DATES | PERIOD |
|---|---|---|---|---|---|
| 00541 | 0037131 | 2379536 | 06/30/2005 | 06/16/2005-06/30/2005 | Semi-Month |

| Current Pay Distribution | | DIRECT DEPOSIT AMOUNT |
|---|---|---|
| C xxxxxx6338 | BANK OF NEWPORT | 3301.33 |

Bank of America
100 N. Tryon Street
Charlotte, NC 28255

ADVICE NO. : 2379536
ADVICE DATE: 06/30/2005

Brought to you by our customers!!!
If you have questions, contact the Bank of America Personnel Center
at 1-800-556-6044

Print | Close

Important Legal Information Copyright © 1998-2006 FMR Corp. All rights reserved.
Version: PKG_WEB_200512_12122005_2119 (FEBPRDWP119WIN)

106

| | | | | |
|---|---|---|---|---|
| Joseph J Vasta<br>12 Heritage Road<br>Barrington RI 02806 | SSN:<br>Person No.: 26329376<br>Rate: 0.00 | Federal: Married<br>Exemptions: 2<br>Add'l: 0.00 | Work State: RI<br>Exemptions: 2<br>Add'l: 0.00 | Res. State: RI<br>Exemptions: 2<br>Add'l: 0.00 |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Draw | | | 1000.00 | | 13000.00 |
| GTL | | | 13.20 | | 171.60 |
| STD 100pct | | | 3717.15 | | 7434.30 |
| Totals: | | | 4730.35 | | 20605.90 |

**PRE-TAX BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

**TAXES**

| Description | Taxable Earnings Current | Taxable Earnings YTD | Taxes Withheld Current | Taxes Withheld YTD |
|---|---|---|---|---|
| (RI) SDI | 4717.15 | 20434.30 | 66.04 | 286.08 |
| (RI) SIT | 4730.35 | 20605.90 | 228.24 | 654.53 |
| FIT | 4730.35 | 20605.90 | 759.67 | 1973.86 |
| MEDICARE | 4730.35 | 20605.90 | 68.59 | 298.79 |
| SS | 4730.35 | 20605.90 | 293.29 | 1277.57 |
| Totals: | | | 1415.83 | 4490.83 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

| | GROSS | less TAXES | less DEDUCTIONS | less IMPUTED INCOME | plus OTHER PAYMTS | equals NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 4730.35 | 1415.83 | 0.00 | 13.20 | 0.00 | 3301.32 |
| YTD | 20605.90 | 4490.83 | 0.00 | 171.60 | 0.00 | 15943.47 |

| COMPANY | COST CENTER | ADVICE NO. | ADVICE DATE | BEGIN/END DATES | PERIOD |
|---|---|---|---|---|---|
| 00541 | 0037131 | 2637886 | 07/15/2005 | 07/01/2005-07/15/2005 | Semi-Month |

| Current Pay Distribution | | DIRECT DEPOSIT AMOUNT |
|---|---|---|
| C xxxxxx6338 | BANK OF NEWPORT | 3301.32 |

Bank of America
100 N. Tryon Street
Charlotte, NC 28255

ADVICE NO. : 2637886
ADVICE DATE: 07/15/2005

Brought to you by our customers!!!
If you have questions, contact the Bank of America Personnel Center
at 1-800-556-6044

Print | Close

Important Legal Information Copyright © 1998-2006 FMR Corp. All rights reserved.
Version: PKG_WEB_200512_12122005_2119 (FEBPRDWP119WIN)

107

| | | | | |
|---|---|---|---|---|
| Joseph J Vasta<br>12 Heritage Road<br>Barrington RI 02806 | SSN:<br>Person No.: 263293/6<br>Rate: 0.00 | Federal: Married<br>Exemptions: 2<br>Add'l: 0.00 | Work State: RI<br>Exemptions: 2<br>Add'l: 0.00 | Res. State: RI<br>Exemptions: 2<br>Add'l: 0.00 |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Draw | | | | | 13000.00 |
| GTL | | | 13.20 | | 184.80 |
| STD 100pct | | | 3717.15 | | 11151.45 |
| Totals: | | | 3730.35 | | 24336.25 |

**PRE-TAX BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

**TAXES**

| Description | Taxable Earnings Current | Taxable Earnings YTD | Taxes Withheld Current | Taxes Withheld YTD |
|---|---|---|---|---|
| (RI) SDI | 3717.15 | 24151.45 | 52.04 | 338.12 |
| (RI) SIT | 3730.35 | 24336.25 | 158.24 | 812.77 |
| FIT | 3730.35 | 24336.25 | 509.67 | 2483.53 |
| MEDICARE | 3730.35 | 24336.25 | 54.09 | 352.88 |
| SS | 3730.35 | 24336.25 | 231.28 | 1508.85 |
| Totals: | | | 1005.32 | 5496.15 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

| | GROSS | less TAXES | less DEDUCTIONS | less IMPUTED INCOME | plus OTHER PAYMTS | equals NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 3730.35 | 1005.32 | 0.00 | 13.20 | 0.00 | 2711.83 |
| YTD | 24336.25 | 5496.15 | 0.00 | 184.80 | 0.00 | 18655.30 |

| COMPANY | COST CENTER | ADVICE NO. | ADVICE DATE | BEGIN/END DATES | PERIOD |
|---|---|---|---|---|---|
| 00541 | 0037131 | 2853495 | 07/29/2005 | 07/16/2005-07/31/2005 | Semi-Month |

| Current Pay Distribution | | DIRECT DEPOSIT AMOUNT |
|---|---|---|
| C xxxxxx6338 | BANK OF NEWPORT | 2711.83 |

Bank of America
100 N. Tryon Street
Charlotte, NC 28255

ADVICE NO.: 2853495
ADVICE DATE: 07/29/2005

Brought to you by our customers!!!
If you have questions, contact the Bank of America Personnel Center
at 1-800-556-6044

Print. Close

Important Legal Information Copyright © 1998-2006 FMR Corp. All rights reserved.
Version: FKG_WFR_200512_12122005_2119 (FEBPRDWP119WIN)

108

| | | | | |
|---|---|---|---|---|
| Joseph J Vasta<br>12 Heritage Road<br>Barrington RI 02806 | SSN:<br>Person No.: 26329378<br>Rate: 0.00 | Federal: Married<br>Exemptions: 2<br>Add'l: 0.00 | Work State: RI<br>Exemptions: 2<br>Add'l: 0.00 | Res. State: RI<br>Exemptions: 2<br>Add'l: 0.00 |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Draw | | | | | 13000.00 |
| GTL | | | | | 184.80 |
| STD 100pct | | | | | 11151.45 |
| STD 70pct | | | 2602.00 | | 2602.00 |
| Totals: | | | 2602.00 | | 26938.25 |

**PRE-TAX BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

**TAXES**

| Description | Taxable Earnings Current | Taxable Earnings YTD | Taxes Withheld Current | Taxes Withheld YTD |
|---|---|---|---|---|
| (RI) SDI | 2602.00 | 26753.45 | 36.43 | 374.55 |
| (RI) SIT | 2602.00 | 26938.25 | 79.25 | 892.02 |
| FIT | 2602.00 | 26938.25 | 269.88 | 2753.41 |
| MEDICARE | 2602.00 | 26938.25 | 37.72 | 390.60 |
| SS | 2602.00 | 26938.25 | 161.32 | 1670.17 |
| Totals: | | | 584.60 | 6080.75 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

| | GROSS | less TAXES | less DEDUCTIONS | less IMPUTED INCOME | plus OTHER PAYMTS | equals NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 2602.00 | 584.60 | 0.00 | 0.00 | 0.00 | 2017.40 |
| YTD | 26938.25 | 6080.75 | 0.00 | 184.80 | 0.00 | 20672.70 |

| COMPANY | COST CENTER | ADVICE NO. | ADVICE DATE | BEGIN/END DATES | PERIOD |
|---|---|---|---|---|---|
| 00541 | 0037131 | 3254973 | 08/31/2005 | 08/16/2005-08/31/2005 | Semi-Month |

| Current Pay Distribution | | DIRECT DEPOSIT AMOUNT |
|---|---|---|
| C xxxxxx6338 | BANK OF NEWPORT | 2017.40 |

Bank of America
100 N. Tryon Street
Charlotte, NC 28255

ADVICE NO. : 3254973
ADVICE DATE: 08/31/2005

Brought to you by our customers!!!
If you have questions, contact the Bank of America Personnel Center at 1-800-556-6044

Print Close

Important Legal Information Copyright © 1998-2006 FMR Corp. All rights reserved.
Version: PKG_WEB_200512_12122005_2119 (FEBPRDWP113WIN)

109

| | | | | |
|---|---|---|---|---|
| Joseph J Vasta<br>12 Heritage Road<br>Barrington RI 02806 | SSN:<br>Person No.: 26329376<br>Rate: 0.00 | Federal: Married<br>Exemptions: 2<br>Add'l: 0.00 | Work State: RI<br>Exemptions: 2<br>Add'l: 0.00 | Res. State: RI<br>Exemptions: 2<br>Add'l: 0.00 |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Draw | | | | | 13000.00 |
| GTL | | | | | 184.80 |
| STD 100pct | | | | | 11151.45 |
| STD 70pct | | | | | 2602.00 |
| STD Adjustment | | | 2602.00 | | 2602.00 |
| Totals: | | | 2602.00 | | 29540.25 |

**PRE-TAX BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

**TAXES**

| Description | Taxable Earnings Current | Taxable Earnings YTD | Taxes Withheld Current | Taxes Withheld YTD |
|---|---|---|---|---|
| (RI) SDI | 2602.00 | 29355.45 | 36.43 | 410.98 |
| (RI) SIT | 2602.00 | 29540.25 | 79.25 | 971.27 |
| FIT | 2602.00 | 29540.25 | 269.88 | 3023.29 |
| MEDICARE | 2602.00 | 29540.25 | 37.73 | 428.33 |
| SS | 2602.00 | 29540.25 | 161.33 | 1831.50 |
| Totals: | | | 584.62 | 6665.37 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

| | GROSS | less TAXES | less DEDUCTIONS | less IMPUTED INCOME | plus OTHER PAYMTS | equals NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 2602.00 | 584.62 | 0.00 | 0.00 | 0.00 | 2017.38 |
| YTD | 29540.25 | 6665.37 | 0.00 | 184.80 | 0.00 | 22690.08 |

| COMPANY | COST CENTER | ADVICE NO. | ADVICE DATE | BEGIN/END DATES | PERIOD |
|---|---|---|---|---|---|
| 00541 | 0037131 | 3356849 | 09/01/2005 | 08/16/2005-08/31/2005 | Semi-Month |

| Current Pay Distribution | | DIRECT DEPOSIT AMOUNT |
|---|---|---|
| C xxxxxx6338 | BANK OF NEWPORT | 2017.38 |

Bank of America
100 N. Tryon Street
Charlotte, NC 28255

ADVICE NO. : 3356849
ADVICE DATE: 09/01/2005

Brought to you by our customers!!
If you have questions, contact the Bank of America Personnel Center
at 1-800-556-6044

Print Close

Important Legal Information Copyright © 1998-2006 FMR Corp. All rights reserved.
Version: PKG_WEB_200512_12122005_2119 (FEBPRDWP113WIN)

110

| Joseph J Vasta<br>12 Heritage Road<br>Barrington RI 02806 | SSN:<br>Person No.: 26329376<br>Rate: 0.00 | Federal: Married<br>Exemptions: 2<br>Add'l: 0.00 | Work State: RI<br>Exemptions: 2<br>Add'l: 0.00 | Res. State: RI<br>Exemptions: 2<br>Add'l. 0.00 |
|---|---|---|---|---|

HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Draw | | | 1000.00 | | 14000.00 |
| GTL | | | 13.20 | | 198.00 |
| STD 100pct | | | | | 11151.45 |
| STD 70pct | | | | | 2602.00 |
| STD Adjustment | | | | | 2602.00 |
| Totals. | | | 1013.20 | | 30553.45 |

PRE-TAX BENEFITS

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

TAXES

| Description | Taxable Earnings Current | Taxable Earnings YTD | Taxes Withheld Current | Taxes Withheld YTD |
|---|---|---|---|---|
| (RI) SDI | 1000.00 | 30355.45 | 14.00 | 424.98 |
| (RI) SIT | 1013.20 | 30553.45 | 17.92 | 989.19 |
| FIT | 1013.20 | 30553.45 | 41.32 | 3064.61 |
| MEDICARE | 1013.20 | 30553.45 | 14.70 | 443.03 |
| SS | 1013.20 | 30553.45 | 62.81 | 1894.31 |
| Totals: | | | 150.75 | 6816.12 |

AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

| | GROSS | less TAXES | less DEDUCTIONS | less IMPUTED INCOME | plus OTHER PAYMTS | equals NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1013.20 | 150.75 | 0.00 | 13.20 | 0.00 | 849.25 |
| YTD | 30553.45 | 6816.12 | 0.00 | 198.00 | 0.00 | 23539.33 |

| COMPANY | COST CENTER | ADVICE NO. | ADVICE DATE | BEGIN/END DATES | PERIOD |
|---|---|---|---|---|---|
| 00541 | 0037131 | 3721522 | 09/30/2005 | 09/16/2005-09/30/2005 | Semi-Month |

| Current Pay Distribution | | DIRECT DEPOSIT AMOUNT |
|---|---|---|
| C xxxxxx6338 | BANK OF NEWPORT | 849.25 |

Bank of America
100 N. Tryon Street
Charlotte, NC 28255

ADVICE NO. : 3721522
ADVICE DATE: 09/30/2005

Brought to you by our customers!!!
If you have questions, contact the Bank of America Personnel Center
at 1-800-556-6044

Print Close

Important Legal Information Copyright © 1998-2006 FMR Corp. All rights reserved.
Version: PKG_WEB_200512_12122005_2119 (FEBPRDWP113WIN)

111

| | | | | |
|---|---|---|---|---|
| Joseph J Vasta<br>12 Heritage Road<br>Barrington RI 02806 | SSN:<br>Person No.: 26329376<br>Rate: 0.00 | Federal: Married<br>Exemptions: 2<br>Add'l: 0.00 | Work State: RI<br>Exemptions: 2<br>Add'l: 0.00 | Res. State: RI<br>Exemptions: 2<br>Add'l: 0.00 |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Draw | | | 1000.00 | | 15000.00 |
| GTL | | | 13.20 | | 211.20 |
| Guaranteed Draw | | | | | -2703.38 |
| STD 100 Pct | | | | | 2703.38 |
| STD 100pct | | | | | 11151.45 |
| STD 70pct | | | | | 2602.00 |
| STD Adjustment | | | | | 2602.00 |
| Totals: | | | 1013.20 | | 31566.65 |

**PRE-TAX BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

**TAXES**

| Description | Taxable Earnings Current | Taxable Earnings YTD | Taxes Withheld Current | Taxes Withheld YTD |
|---|---|---|---|---|
| (RI) SDI | 1000.00 | 31355.45 | 14.00 | 438.98 |
| (RI) SIT | 1013.20 | 31566.65 | 17.92 | 1007.11 |
| FIT | 1013.20 | 31566.65 | 41.32 | 3105.93 |
| MEDICARE | 1013.20 | 31566.65 | 14.69 | 457.72 |
| SS | 1013.20 | 31566.65 | 62.82 | 1957.13 |
| Totals: | | | 150.75 | 6966.87 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

| | GROSS | less TAXES | less DEDUCTIONS | less IMPUTED INCOME | plus OTHER PAYMTS | equals NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1013.20 | 150.75 | 0.00 | 13.20 | 0.00 | 849.25 |
| YTD | 31566.65 | 6966.87 | 0.00 | 211.20 | 0.00 | 24388.58 |

| COMPANY | COST CENTER | ADVICE NO. | ADVICE DATE | BEGIN/END DATES | PERIOD |
|---|---|---|---|---|---|
| 00541 | 0037131 | 3896520 | 10/14/2005 | 10/01/2005 10/15/2005 | Semi-Month |

| Current Pay Distribution | | DIRECT DEPOSIT AMOUNT |
|---|---|---|
| C xxxxxx6338 | BANK OF NEWPORT | 849.25 |

Bank of America
100 N. Tryon Street
Charlotte, NC 28255

ADVICE NO.: 3896520
ADVICE DATE: 10/14/2005

Brought to you by our customers!!!
If you have questions, contact the Bank of America Personnel Center
at 1-800-556-6044

Print Close

Important Legal Information Copyright © 1998-2006 FMR Corp. All rights reserved.
Version: PKG_WEB_200512_12122005_2119 (FEBPRDWP113WIN)

112

| | | | | |
|---|---|---|---|---|
| Joseph J Vocto<br>12 Heritage Road<br>Barrington RI 02806 | SSN:<br>Person No.: 26329376<br>Rate: 0.00 | Federal: Married<br>Exemptions: 2<br>Add'l: 0.00 | Work State: RI<br>Exemptions: 2<br>Add'l: 0.00 | Res. State: RI<br>Exemptions: 2<br>Add'l: 0.00 |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Draw | | | 1000.00 | | 16000.00 |
| GTL | | | 13.20 | | 224.40 |
| Guaranteed Draw | | | | | -2703.38 |
| STD 100 Pct | | | | | 2703.38 |
| STD 100pct | | | | | 11151.45 |
| STD 70pct | | | | | 2602.00 |
| STD Adjustment | | | | | 2602.00 |
| Totals: | | | 1013.20 | | 32579.85 |

**PRE-TAX BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

**TAXES**

| Description | Taxable Earnings Current | Taxable Earnings YTD | Taxes Withheld Current | Taxes Withheld YTD |
|---|---|---|---|---|
| (RI) SDI | 1000.00 | 32355.45 | 14.00 | 452.98 |
| (RI) SIT | 1013.20 | 32579.85 | 17.92 | 1025.03 |
| FIT | 1013.20 | 32579.85 | 41.32 | 3147.25 |
| MEDICARE | 1013.20 | 32579.85 | 14.69 | 472.41 |
| SS | 1013.20 | 32579.85 | 62.82 | 2019.95 |
| Totals: | | | 150.75 | 7117.62 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Totals. | 0.00 | 0.00 |

| | GROSS | less TAXES | less DEDUCTIONS | less IMPUTED INCOME | plus OTHER PAYMTS | equals NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1013.20 | 150.75 | 0.00 | 13.20 | 0.00 | 849.25 |
| YTD | 32579.85 | 7117.62 | 0.00 | 224.40 | 0.00 | 25237.83 |

| COMPANY | COST CENTER | ADVICE NO. | ADVICE DATE | BEGIN/END DATES | PERIOD |
|---|---|---|---|---|---|
| 00541 | 0037131 | 4160799 | 10/31/2005 | 10/16/2005-10/31/2005 | Semi-Month |

| Current Pay Distribution | | DIRECT DEPOSIT AMOUNT |
|---|---|---|
| C xxxxxx6338 | BANK OF NEWPORT | 849.25 |

Bank of America
100 N. Tryon Street
Charlotte, NC 28255

ADVICE NO.: 4160799
ADVICE DATE: 10/31/2005

Brought to you by our customers!!!
If you have questions, contact the Bank of America Personnel Center
at 1-800-556-6044

Print Close

Important Legal Information Copyright © 1998-2005 FMR Corp. All rights reserved.
Version: PKG_WEB_200512_12122005_2119 (FEBPRDWP113WIN)

| | | | | |
|---|---|---|---|---|
| Joseph J Vasta<br>12 Heritage Road<br>Barrington RI 02806 | SSN:<br>Person No.: 28329376<br>Rate: 0.00 | Federal: Married<br>Exemptions: 2<br>Add'l: 0.00 | Work State: RI<br>Exemptions: 2<br>Add'l: 0.00 | Res. State: RI<br>Exemptions: 2<br>Add'l: 0.00 |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Draw | | | 1000.00 | | 17000.00 |
| GTL | | | 13.20 | | 237.60 |
| Guaranteed Draw | | | | | -2703.38 |
| STD 100 Pct | | | | | 2703.38 |
| STD 100pct | | | | | 11151.45 |
| STD 70pct | | | | | 2602.00 |
| STD Adjustment | | | | | 2602.00 |
| Totals: | | | 1013.20 | | 33593.05 |

**PRE-TAX BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

**TAXES**

| Description | Taxable Earnings Current | Taxable Earnings YTD | Taxes Withheld Current | Taxes Withheld YTD |
|---|---|---|---|---|
| (RI) SDI | 1000.00 | 33355.45 | 14.00 | 466.98 |
| (RI) SIT | 1013.20 | 33593.05 | 17.92 | 1042.95 |
| FIT | 1013.20 | 33593.05 | 41.32 | 3188.57 |
| MEDICARE | 1013.20 | 33593.05 | 14.69 | 487.10 |
| SS | 1013.20 | 33593.05 | 62.82 | 2082.77 |
| Totals: | | | 150.75 | 7268.37 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

| | GROSS | less TAXES | less DEDUCTIONS | less IMPUTED INCOME | plus OTHER PAYMTS | equals NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1013.20 | 150.75 | 0.00 | 13.20 | 0.00 | 849.25 |
| YTD | 33593.05 | 7268.37 | 0.00 | 237.60 | 0.00 | 26087.08 |

| COMPANY | COST CENTER | ADVICE NO. | ADVICE DATE | BEGIN/END DATES | PERIOD |
|---|---|---|---|---|---|
| 00541 | 0037131 | 4411442 | 11/15/2005 | 11/01/2005-11/15/2005 | Semi-Month |

| Current Pay Distribution | | DIRECT DEPOSIT AMOUNT |
|---|---|---|
| C xxxxxx6338 | BANK OF NEWPORT | 849.25 |

Bank of America
100 N. Tryon Street
Charlotte, NC 28255

ADVICE NO. : 4411442
ADVICE DATE: 11/15/2005

Brought to you by our customers!!!
If you have questions, contact the Bank of America Personnel Center
at 1-800-556-6044

Print Close

Important Legal Information Copyright © 1998-2005 FMR Corp. All rights reserved.
Version: PKG_WEB_200512_12122005_2119 (FEBPRDWP130WIN)

114

| | | | | |
|---|---|---|---|---|
| Joseph J Vasta<br>12 Heritage Road<br>Barrington RI 02806 | SSN:<br>Person No.: 26329378<br>Rate: 0.00 | Federal: Married<br>Exemptions: 2<br>Add'l: 0.00 | Work State: RI<br>Exemptions: 2<br>Add'l: 0.00 | Res. State: RI<br>Exemptions: 2<br>Add'l: 0.00 |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Draw | | | 1000.00 | | 18000.00 |
| GTL | | | 13.20 | | 250.80 |
| Guaranteed Draw | | | | | -2703.38 |
| STD 100 Pct | | | | | 2703.38 |
| STD 100pct | | | | | 11151.45 |
| STD 70pct | | | | | 2602.00 |
| STD Adjustment | | | | | 2602.00 |
| Totals: | | | 1013.20 | | 34606.25 |

**PRE-TAX BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

**TAXES**

| Description | Taxable Earnings Current | Taxable Earnings YTD | Taxes Withheld Current | Taxes Withheld YTD |
|---|---|---|---|---|
| (RI) SDI | 1000.00 | 34355.45 | 14.00 | 480.98 |
| (RI) SIT | 1013.20 | 34606.25 | 17.92 | 1060.87 |
| FIT | 1013.20 | 34606.25 | 41.32 | 3229.89 |
| MEDICARE | 1013.20 | 34606.25 | 14.69 | 501.79 |
| SS | 1013.20 | 34606.25 | 62.82 | 2145.59 |
| Totals: | | | 150.75 | 7419.12 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

| | GROSS | less TAXES | less DEDUCTIONS | less IMPUTED INCOME | plus OTHER PAYMTS | equals NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1013.20 | 150.75 | 0.00 | 13.20 | 0.00 | 849.25 |
| YTD | 34606.25 | 7419.12 | 0.00 | 250.80 | 0.00 | 26936.33 |

| COMPANY | COST CENTER | ADVICE NO. | ADVICE DATE | BEGIN/END DATES | PERIOD |
|---|---|---|---|---|---|
| 00541 | 0037131 | 4518707 | 11/30/2005 | 11/16/2005-11/30/2005 | Semi-Month |

| Current Pay Distribution | | DIRECT DEPOSIT AMOUNT |
|---|---|---|
| C xxxxxx6338 | BANK OF NEWPORT | 849.25 |

Bank of America
100 N. Tryon Street
Charlotte, NC 28255

ADVICE NO.: 4518707
ADVICE DATE: 11/30/2005

Brought to you by our customers!!!
If you have questions, contact the Bank of America Personnel Center
at 1-800-556-6044

Print Close

Important Legal Information Copyright © 1998-2006 FMR Corp. All rights reserved.
Version: PKG_WEB_200512_12122005_2119 (FEBPRDWP130WIN)