# EXHIBIT 26

# 2005 Financial Advisor Compensation Program



DEFENDANT'S EXHIBIT
26

# Table Of Contents


Financial Advisor cash payout on grid products 1

Length of service greater than five years 1

Length of service less than five years 1

Product payout 2

Bank products 2

How is my grid calculated? 2

*Consulting Services Selects®* 2

Mutual funds 3

Money market funds 3

Cents per share policy 3

Small ticket policy 3

Insurance and annuities 3

Referral business 4

Discretionary bonus awards 4

*Long-Term Success Award* 4

Recognition programs 5

*President's Club* 5

Sales titles 5

General plan provisions 6

Recovery of deficits, overpayments, owed settlement contribution and owed transition compensation 6

Personal compliance 6

Financial Advisor Compensation Program acknowledgement 7

# Financial Advisor cash payout on grid products.

Banc of America Investment Services, Inc.® (BAI) uses two different production grids — one for Financial Advisors (FAs) with greater than five years of service, and one for FAs with less than five years of service. Each grid has a corresponding fee-based component to support your transition of appropriate business into fee-based accounts.[1]

Length of service[2] greater than five years.

| Total gross production[3] | Standard payout rate | Fee-based payout rate |
|---|---|---|
| $0 - $199,999.99 | 20% | 25% |
| $200,000 - $249,999.99 | 25% | 30% |
| $250,000 - $299,999.99 | 28% | 33% |
| $300,000 - $399,999.99 | 31% | 36% |
| $400,000 - $499,999.99 | 34% | 39% |
| $500,000 - $599,999.99 | 36% | 41% |
| $600,000 - $699,999.99 | 37% | 42% |
| $700,000 - $849,999.99 | 39% | 42% |
| $850,000 - $999,999.99 | 40% | 43% |
| $1,000,000 and up | 41% | 44% |

Length of service[2] less than five years.

| Total gross production[3] | Standard payout rate | Fee-based payout rate |
|---|---|---|
| $0 - $199,999.99 | 31% | 36% |
| $200,000 - $249,999.99 | 31% | 36% |
| $250,000 - $299,999.99 | 31% | 36% |
| $300,000 - $399,999.99 | 31% | 36% |
| $400,000 - $499,999.99 | 34% | 39% |
| $500,000 - $599,999.99 | 36% | 41% |
| $600,000 - $699,999.99 | 37% | 42% |
| $700,000 - $799,999.99 | 39% | 42% |
| $850,000 - $999,999.99 | 40% | 43% |
| $1,000,000 and up | 41% | 44% |

Note: Fee-based payout rates apply to fee commissions actually received by BAI during the compensation year. Additionally, the fee-based payout component is intended to support the transition of appropriate business into fee-based accounts and may be modified by BAI at any time, with or without notice. As always, the specifics of each client's needs should guide the decision to recommend a commission-based or fee-based account through BAI. FAs must disclose to clients that the overall cost of a fee-based account may be higher than paying for the services separately in a commission-based brokerage account.

[1] Payout on *Portfolio Edge*® based on standard payout rate shown on this page.
[2] Length of service (LOS) is defined as uninterrupted production in a full service environment, regardless of firm. An FA's LOS is determined and documented during the recruiting process. The "Length of Service Greater Than Five Years" grid becomes effective on January 1 of the year *after* the year the FA attains 61 months of service.
[3] Total Gross Production at BAI is defined as commissions earned that will move you up the grid.

## Product payout.

Eligible fee-based products include:

- *Consulting Services Selects®*
- *Consulting Services Fund Strategies™*
- *Consulting Services Portfolio Strategies™*
- Bank of America trust-based services
- Additional fee-based products as approved from time to time during the current compensation year

### Bank products.

As BAI continues to work closely with Bank of America on the Premier Banking and Investments model, the firm is committed to rewarding FAs who successfully deepen new and existing relationships. FAs will be rewarded for referrals of a broader array of products and services, among which include select banking products such as mortgages and HELOCs, that help meet the complex needs of our clients.

### How is my grid calculated?

FAs on the standard grid commence each calendar year on a target grid rate. The target rate annualizes your expected earnings based on your production over the last six months. You are automatically assigned to your target grid rate at the end of the current month's production cycle.

Example:

During the last six months, an FA worked and produced the following:

| Month | Production |
|---|---|
| 1 | $29,534 |
| 2 | $23,114 |
| 3 | $28,200 |
| 4 | $22,000 |
| 5 | $24,335 |
| 6 | $34,236 |

*This FA's prior six-month annualized production is $322,838.00 (last six months production x 2).*

### *Consulting Services Selects.*

Please refer to the BAI intranet Web site for CSG Managers' grid and specific minimums.

Mutual funds.

Mutual fund commissions are capped at a maximum of:

- 5% for equity and balanced A-share fund trades
- 4% for all B-share fund trades and A-share bond fund trades
- 1% for all C-share fund trades

Compensation for both Access Funds and Service Funds will be made to the FA. However, Service Funds may only be transacted on an unsolicited basis, while Access Funds may be transacted on a solicited or non-solicited basis. In the case where accounts brought into BAI from other firms, funds not on the Access or Service lists must be reviewed and determined for payout eligibility by the Market Director.

For mutual fund products, the FA will be paid a trailer on balances for mutual funds. Trailers on balances are credited in the month received. Depending on the mutual fund products, payment will be made in the compensation cycle following the month in which the trailer was credited based on the prior monthly average assets.

Money market funds.

The bullets below detail the rates credited for money market trails to the standard production grid.

- Nations Daily Shares — 10 bps
- Nations Investor Shares — 7.5 bps
- Nations Advisor Shares — 5 bps

Cents per share policy.

Incentive compensation for FAs who service and/or price relationships for equities, fixed income and options at institutional rates will be as follows:

| Cents per share | Payout rate |
|---|---|
| < $0.0499 | 0% |
| $.05 and above | Based on FA target grid rate |

*This policy is effective only when gross commission is less than $500.00.*

Small ticket policy.

The small ticket policy for equities, fixed income and option transactions is as follows:

| Commission amount | Payout rate |
|---|---|
| $0 - $74.99 | 0% |
| $75 and above | Based on FA target grid rate |

Fixed and variable (including L shares) annuities:

Fixed and variable annuities are capped based upon principal amount:

| Principal | Capped amount |
|---|---|
| $0 - $249,999.99 | 4 ¾% |
| $250,000 - $749,999.99 | 4 ¼% |
| $750,000 and up | 3 ½% |

*L shares are capped at 3.5% regardless of principal amount.*

NOTE: L share capping is effective with March production.

## Referral business.

The 2005 Financial Advisors Compensation Plan includes:

- All commissions generated from referred clients will be reduced by 10% for a period of 12 months following the opening of the account
- Gross Production utilized for grid placement will not be impacted due to the referral reduction
- FA will retain all commissions on the account after the 12-month period expires
- Referral Reductions will take place on all accounts referred to the FA for both licensed and non-licensed banking partners

Definition of Referral

The introduction of an investment opportunity that results in a new account being opened and funded at BAI.

## Discretionary bonus awards.

*Long-Term Success Award.*

In addition to the FA's total cash compensation, the *Long-Term Success Award (LTSA)* provides an opportunity for wealth accumulation through the ownership of restricted stock shares/units that track the value of Bank of America common stock.

To be eligible for the *LTSA*, FAs must complete:

- Cross referrals to the bank — $2.5 million in closed referrals to the bank that result in a sale

**Closed referrals to the bank** — Qualified bank balances include deposits, credit, mortgages, HELOCs and credit card balances. Credit will be given for any account opened 30 days prior to the referral's online creation date. The final value of a closed referral (to be credited toward the $2.5 million) is determined each December 31st. At that time, BAI will value the relationship using the most recent available information.

- 50 completed financial plan modules[4]

**Completed financial plans** — For credit toward the *LTSA*, a completed *Perspectives on Planning* module must be presented to the client and approved online by your Market Director.

FAs who meet the qualifications will be eligible to receive Bank of America restricted stock shares/units based on the following:

| YTD gross production | *LTSA* |
|---|---|
| $300,000 - $499,999.99 | 0-1% |
| $500,000 - $599,999.99 | 0-2% |
| $600,000 - $699,999.99 | 0-3% |
| $700,000 - $849,999.99 | 0-4% |
| $850,000 and up | 0-5% |

In addition to the foregoing eligibility requirements, other factors shall be considered in granting an *LTSA*, including a demonstrated commitment to higher standards. This would include (but is not limited to) a low incident rate of errors, an outstanding compliance record and the ability to partner with other associates within and outside of BAI. All *LTSAs* are discretionary and payable solely at the option of BAI.

[4] FAs who are not a part of a relationship model partnering with a bank partner and have a total gross production of $1,000,000 or more, are not required to meet this criterion.

## Recognition programs.

*President's Club.*

The *President's Club* represents the highest level of recognition that an FA can achieve. The club was established to acknowledge and reward sustained excellence in productivity. The Club criteria is redefined each year at the discretion of BAI and is published on the BAI intranet website.

### Sales titles.

In addition to special recognition clubs, BAI also awards officer titles to recognize the outstanding performance of FAs. Title awards are based on achievement of specified production levels and both the maintenance of the high standards of the firm as well as compliance with firm policies during an FA's tenure with BAI.

| Sales title | Minimum qualifying level of production |
|---|---|
| Senior Vice President, Investment | $750,000 |
| Vice President, Investment | $500,000 |
| Assistant Vice President, Investment | $300,000 |

## General plan provisions.

### Recovery of deficits, overpayments, owed settlement contribution and owed transition compensation.

The following plan applies to all compensation and bonus incentive plans, including the *LTSA*. This plan, now in effect, supersedes all prior plans, proposals, representations or promises (written or oral) relating to the subject matter of this plan. Management reserves the exclusive right to determine and settle any inconsistencies between this plan and any other incentive compensation or bonus plan. Moreover, management reserves the right to modify this compensation plan, or any individual FA compensation, with or without notice.

To the extent permitted by law: FAs are responsible for the repayment of any overpayments or deficits.

FAs leaving the firm shall not be entitled to any pre-paid advances on fees and/or commissions (e.g., quarterly fees) and will be required to repay any such advanced fees and/or commissions. FAs leaving the employ of BAI will be paid commissions on transactions that settle within three (3) calendar days of their last full day of employment, such payment to be received by the FA on the normal date(s) compensation is received, unless earlier payment is required by applicable state law. FAs must be employed through, and including, the date of payment for any investments that are paid on a periodic installment basis.

FAs must reimburse BAI for debts, deficits, liabilities or customer losses for which they are responsible, including, but not limited to, deficits resulting from recalculation of standard grid payout, overpayments on any product, owed customer settlement contributions and owed transition compensation.

To the extent permitted by law, BAI may withhold amounts equal to any such debts, deficits, liabilities or customer losses from any amounts due an FA, whether as compensation or otherwise. To the extent permitted by law, BAI may also withhold any amounts equal to such debts, deficits, liabilities or customer losses from any personal account held solely by an FA.

### Personal compliance.

All compensation described to you in this plan is conditional upon and subject to the FA's compliance with firm policies, and the laws and regulations that govern his or her business.

## *Financial Advisor Compensation Program* acknowledgement.

I have read the Banc of America Investment Services, Inc. (BAI) *Financial Advisor Compensation Program* in its entirety and understand that I am bound by all terms therein.

I also understand that any *Long-Term Success Award* is a discretionary bonus payment and not part of my normal wages or compensation.

I recognize that neither the *Financial Advisor Compensation Program* nor this acknowledgement constitutes an agreement by BAI to employ me for a specified period of time, and that my employment may be terminated at any time, with or without notice or cause. I also recognize that BAI may modify this compensation program or any individual Financial Advisor compensation, with or without notice.

My Market Director has discussed my Production Length of Service time, and I acknowledge that it is correct.

Name: ______________________ Date: ______________

Signed and dated acknowledgement must be returned to your Market Director.

©2005 Bank of America Corporation
www.bankofamerica.com/investments
BCSBAI04034 (3/2005)
00-25-2995B

For internal use only.