# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| JOSEPH VASTA,<br><br>Plaintiff,<br><br>v.<br><br>BANC OF AMERICA INVESTMENT SERVICES, INC.,<br>Defendant. | C.A. No.: 06-396-ML-DLM |

**AFFIDAVIT OF ELIZABETH WEILER**

I, Elizabeth Weiler, hereby depose and state the following, based on my own personal knowledge:

1. My name is Elizabeth Weiler. I am over 21 years of age and a resident of the Commonwealth of Massachusetts. I have been employed with Banc of America Investments, Inc. ("BAI") since August 8, 2005 and presently hold the position of Manager of the Sales Compensation Administration Team.

2. My team is responsible for administering all aspects of the financial advisor's compensation, both at the time of hire and termination. Specifically at the time of a financial advisors' termination, my team creates a termination report which notes the Financial Advisor's name, region, market, pursuable deficit (if applicable), and any outstanding promissory notes with accrued interest due (if applicable).

3. After Joseph Vasta ("Vasta") was terminated, we determined that he had a pursuable deficit. We reviewed the Incentive Compensation and Monthly Incentive Summary reports which confirmed that Vasta incurred a commission deficit beginning in December 2004 through November

2005. True and accurate copies of the Incentive Compensation and Monthly Incentive Summary reports are attached hereto as Exhibit A (Bates No. JV 0421-0432)

4. In addition, we reviewed Vasta's payroll records, which confirmed that he received a $2,000 draw from December 2004 through June 2005, a $2,000 draw from October 2005 through November 2005 and a $1000 draw in September 2005. True and accurate copies of Plaintiff's Paycheck Statements are attached hereto as Exhibit B (Bates No. JV 0402-0414.)

5. As of November 15, 2005, Vasta had accrued a commission deficit of $11, 363.88 reflecting the difference between the commissions he generated and the draw he received for the period December 2004 through November 2005.

[Intentionally left blank]

I SOLEMNLY AFFIRM UNDER THE PAINS AND PENALTIES OF PERJURY AND UPON PERSONAL KNOWLEDGE THAT THE CONTENTS OF THE FOREGOING PAPER ARE TRUE.

Elizabeth M. Weiler
Elizabeth Weiler

Dated: October 4, 2007

# EXHIBIT A

Fleet Securities, Inc.

*Incentive Compensation*

Tue Sep 20 13:38:54 EDT 2005

ICOMP

HOME Settings My Account Help Logout

Menus

# Incentive Compensation by RR

Month: December Year: 2004

| As of Date | RR Nbr | RR Name | Total Incentive | Adjustments | Deficit | Draw | Net Incentive |
|---|---|---|---|---|---|---|---|
| 12-31-2004 | 78P | Vasta Joseph | 1,431.34 | .00 | .00 | <2,000.00> | <568.66> |

[Save to Excel] Result Pages: [<< Prev] 1 2 3 [Next >>]

Copyright © 2000, 2001 Fleet Securities, Inc. All rights reserved.

**Fleet Securities, Inc.**

***Incentive Compensation***
Tue Sep 20 13:37:52 EDT 2005

ICOMP | HOME | Settings | My Account | Help | Logout

Menus

# Incentive Compensation by RR

**Month:** January **Year:** 2005

| As of Date | RR Nbr | RR Name | Total Incentive | Adjustments | Deficit | Draw | Net Incentive |
|---|---|---|---|---|---|---|---|
| 01-31-2005 | 78P | Vasta Joseph | 1,180.12 | .00 | <568.66> | <2,000.00> | <1,388.54> |

[Save to Excel] **Result Pages:** [<< Prev] 1 **2**

Copyright © 2000, 2001 Fleet Securities, Inc. All rights reserved.

Fleet Securities, Inc.

*Incentive Compensation*

Tue Sep 20 13:37:06 EDT 2005

ICOMP Go

HOME Settings My Account Help Logout

Menus

# Incentive Compensation by RR

**Month:** February **Year:** 2005

| As of Date | RR Nbr | RR Name | Total Incentive | Adjustments | Deficit | Draw | Net Incentive |
|---|---|---|---|---|---|---|---|
| 02-28-2005 | 78P | Vasta Joseph | 1,095.03 | .00 | <1,388.54> | <2,000.00> | <2,293.51> |

[Save to Excel] **Result Pages:** [<< Prev] 1 2

Copyright © 2000, 2001 Fleet Securities, Inc. All rights reserved.

Fleet Securities, Inc.

*Incentive Compensation*

Tue Sep 20 13:36:39 EDT 2005

ICOMP

HOME Settings My Account Help Logout

Menus

# Incentive Compensation by RR

Month: March Year: 2005

| As of Date | RR Nbr | RR Name | Total Incentive | Adjustments | Deficit | Draw | Net Incentive |
|---|---|---|---|---|---|---|---|
| 03-31-2005 | 78P | Vasta Joseph | 2,110.06 | .00 | <2,293.51> | <2,000.00> | <2,183.45> |

[Save to Excel] Result Pages: [<< Prev] 1 2

Copyright © 2000, 2001 Fleet Securities, Inc. All rights reserved.

Fleet Securities, Inc.

**Incentive Compensation**

Tue Sep 20 13:34:39 EDT 2005

ICOMP Go HOME Settings My Account Help Logout

Menus

# Incentive Compensation by RR

**Month:** April **Year:** 2005

| As of Date | RR Nbr | RR Name | Total Incentive | Adjustments | Deficit | Draw | Net Incentive |
|---|---|---|---|---|---|---|---|
| 04-30-2005 | 78P | Vasta Joseph | 918.75 | .00 | <2,183.45> | <2,000.00> | <3,264.70> |

[Save to Excel] **Result Pages:** [<< Prev] 1 2

Copyright © 2000, 2001 Fleet Securities, Inc. All rights reserved.

Fleet Securities, Inc.

***Incentive Compensation***

Tue Sep 20 13:33:34 EDT 2005

ICOMP Go | HOME | Settings | My Account | Help | Logout

Menus

# Incentive Compensation by RR

**Month:** May **Year:** 2005

| As of Date | RR Nbr | RR Name | Total Incentive | Adjustments | Deficit | Draw | Net Incentive |
|---|---|---|---|---|---|---|---|
| 05-31-2005 | 78P | Vasta Joseph | 967.40 | .00 | <3,264.70> | <2,000.00> | <4,297.30> |

[Save to Excel] Result Pages: [<<Prev] 1 2

Copyright © 2000, 2001 Fleet Securities, Inc. All rights reserved.

Bank of America Higher Standards

## Monthly Incentive Summary
**June, 2005**

miCOMP

| | |
|---|---|
| **Associate** | Vasta, Joseph ( L74 - Providence (131) ) |
| **Position** | Financial Advisor |
| **Annualized Production** | $25,402.72 |
| **Lenath of Service** | 20 Year(s) 10 Month(s) |
| **Transaction Rate** | 31.00% |
| **Fee Based Rate** | 50.00% |

| | Monthly | Year to Date |
|---|---|---|
| Gross Production | $158.66 | $12,701.36 |
| Small Trade Deduction | $0.00 | $0.00 |
| Cents per Share Deduction | $0.00 | $0.00 |
| Referral Reduction | $0.00 | $0.00 |
| **Total Sales Credit:** | **$158.66** | **$12,701.36** |

| Grid Payout | Monthly Sales Credit | Payout % | Monthly Incentive | YTD Sales Credit | YTD Incentive |
|---|---|---|---|---|---|
| Transactional | $158.66 | 31.00% | $49.18 | $158.66 | $49.18 |
| Fee Based | $0.00 | 50.00% | $0.00 | $0.00 | $0.00 |
| Portfolio Edge | $0.00 | 31.00% | $0.00 | $0.00 | $0.00 |
| Insurance | $0.00 | 31.00% | $0.00 | $0.00 | $0.00 |
| **Total:** | **$158.66** | | **$49.18** | **$158.66** | **$49.18** |

| | Monthly Amount | YTD Amount |
|---|---|---|
| Incentive | $49.18 | $49.18 |
| Net Adjustment | -$4,297.30 | -$4,297.30 |
| Prior Deficit | $0.00 | |
| Draw Amount | -$2,000.00 | -$2,000.00 |
| Forgivable Draw | $0.00 | $0.00 |
| **Total Compensation:** | **-$6,248.12** | **$0.00** |
| Write Off | $0.00 | $0.00 |
| SA Prior Deficit | $0.00 | |
| SA Payment | $0.00 | $0.00 |
| **Pay Out / Deficit:** | **-$6,248.12** | **$0.00** |

JV0427

Bank of America Higher Standards

**Monthly Incentive Summary**
**July, 2005**

miCOMP

| | |
|---|---|
| **Associate** | Vasta, Joseph ( L74 - Providence (131) ) |
| **Position** | Financial Advisor |
| **Annualized Production** | $28,009.14 |
| **Lenath of Service** | 20 Year(s) 11 Month(s) |
| **Transaction Rate** | 31.00% |
| **Fee Based Rate** | 50.00% |

| | Monthly | Year to Date |
|---|---|---|
| Gross Production | $1,303.21 | $14,004.57 |
| Small Trade Deduction | -$62.45 | -$62.45 |
| Cents per Share Deduction | $0.00 | $0.00 |
| Referral Reduction | $0.00 | $0.00 |
| **Total Sales Credit:** | **$1,240.76** | **$13,942.12** |

| Grid Payout | Monthly Sales Credit | Payout % | Monthly Incentive | YTD Sales Credit | YTD Incentive |
|---|---|---|---|---|---|
| Transactional | $1,240.76 | 31.00% | $384.64 | $1,399.42 | $433.82 |
| Fee Based | $0.00 | 50.00% | $0.00 | $0.00 | $0.00 |
| Portfolio Edge | $0.00 | 31.00% | $0.00 | $0.00 | $0.00 |
| Insurance | $0.00 | 31.00% | $0.00 | $0.00 | $0.00 |
| **Total:** | **$1,240.76** | | **$384.64** | **$1,399.42** | **$433.82** |

| | Monthly Amount | YTD Amount |
|---|---|---|
| Incentive | $384.64 | $433.82 |
| Net Adjustment | $0.00 | -$4,297.30 |
| Prior Deficit | -$6,248.12 | |
| Draw Amount | -$2,000.00 | -$4,000.00 |
| Forgivable Draw | $0.00 | $0.00 |
| **Total Compensation:** | **-$7,863.48** | **$0.00** |
| Write Off | $0.00 | $0.00 |
| SA Prior Deficit | $0.00 | |
| SA Payment | $0.00 | $0.00 |
| **Pay Out / Deficit:** | **-$7,863.48** | **$0.00** |

JV0428

Bank of America Higher Standards

**Monthly Incentive Summary**
**August, 2005**

miCOMP My Incentive Compensation

| | |
|---|---|
| **Associate** | Vasta, Joseph ( L74 - Providence (131) ) |
| **Position** | Financial Advisor |
| **Annualized Production** | $31,487.36 |
| **Lenath of Service** | 21 Year(s) 0 Month(s) |
| **Transaction Rate** | 31.00% |
| **Fee Based Rate** | 50.00% |

| | Monthly | Year to Date |
|---|---|---|
| Gross Production | $1,739.11 | $15,743.68 |
| Small Trade Deduction | -$127.50 | -$189.95 |
| Cents per Share Deduction | $0.00 | $0.00 |
| Referral Reduction | $0.00 | $0.00 |
| **Total Sales Credit:** | **$1,611.61** | **$15,553.73** |

| Grid Payout | Monthly Sales Credit | Payout % | Monthly Incentive | YTD Sales Credit | YTD Incentive |
|---|---|---|---|---|---|
| Transactional | $1,611.61 | 31.00% | $499.60 | $3,011.03 | $933.42 |
| Fee Based | $0.00 | 50.00% | $0.00 | $0.00 | $0.00 |
| Portfolio Edge | $0.00 | 31.00% | $0.00 | $0.00 | $0.00 |
| Insurance | $0.00 | 31.00% | $0.00 | $0.00 | $0.00 |
| **Total:** | **$1,611.61** | | **$499.60** | **$3,011.03** | **$933.42** |

| | Monthly Amount | YTD Amount |
|---|---|---|
| Incentive | $499.60 | $933.42 |
| Net Adjustment | $1,000.00 | -$3,297.30 |
| Prior Deficit | -$7,863.48 | |
| Draw Amount | $0.00 | -$4,000.00 |
| Forgivable Draw | $0.00 | $0.00 |
| **Total Compensation:** | **-$6,363.88** | **$0.00** |
| Write Off | $0.00 | $0.00 |
| SA Prior Deficit | $0.00 | |
| SA Payment | $0.00 | $0.00 |
| **Pay Out / Deficit:** | **-$6,363.88** | **$0.00** |

JV0429

Bank of America Higher Standards

**Monthly Incentive Summary**
**September, 2005**

miCOMP My Incentive Compensation

| | |
|---|---|
| **Associate** | Vasta, Joseph ( L74 - Providence (131) ) |
| **Position** | Financial Advisor |
| **Annualized Production** | $31,487.36 |
| **Length of Service** | 21 Year(s) 1 Month(s) |
| **Transaction Rate** | 31.00% |
| **Fee Based Rate** | 50.00% |

| | Monthly | Year to Date |
|---|---|---|
| Gross Production | $0.00 | $15,743.68 |
| Small Trade Deduction | $0.00 | -$189.95 |
| Cents per Share Deduction | $0.00 | $0.00 |
| Referral Reduction | $0.00 | $0.00 |
| **Total Sales Credit:** | **$0.00** | **$15,553.73** |

| Grid Payout | Monthly Sales Credit | Payout % | Monthly Incentive | YTD Sales Credit | YTD Incentive |
|---|---|---|---|---|---|
| Transactional | $0.00 | 31.00% | $0.00 | $3,011.03 | $933.42 |
| Fee Based | $0.00 | 50.00% | $0.00 | $0.00 | $0.00 |
| Portfolio Edge | $0.00 | 31.00% | $0.00 | $0.00 | $0.00 |
| Insurance | $0.00 | 31.00% | $0.00 | $0.00 | $0.00 |
| **Total:** | **$0.00** | | **$0.00** | **$3,011.03** | **$933.42** |

| | Monthly Amount | YTD Amount |
|---|---|---|
| Incentive | $0.00 | $933.42 |
| Net Adjustment | $0.00 | -$3,297.30 |
| Prior Deficit | -$6,363.88 | |
| Draw Amount | $0.00 | -$4,000.00 |
| Forgivable Draw | $0.00 | $0.00 |
| **Total Compensation:** | **-$6,363.88** | **$0.00** |
| Write Off | $0.00 | $0.00 |
| SA Prior Deficit | $0.00 | |
| SA Payment | $0.00 | $0.00 |
| **Pay Out / Deficit:** | **-$6,363.88** | **$0.00** |

JV0430

Bank of America Higher Standards

**Monthly Incentive Summary**
**October, 2005**

miCOMP
My Incentive Compensation

| | | |
|---|---|---|
| **Associate** | Vasta, Joseph | ( L74 - Providence (131) ) |
| **Position** | Financial Advisor | |
| **Annualized Production** | $31,487.36 | |
| **Length of Service** | 21 Year(s) 2 Month(s) | |
| **Transaction Rate** | 31.00% | |
| **Fee Based Rate** | 50.00% | |

| | Monthly | Year to Date |
|---|---|---|
| Gross Production | $0.00 | $15,743.68 |
| Small Trade Deduction | $0.00 | -$189.95 |
| Cents per Share Deduction | $0.00 | $0.00 |
| Referral Reduction | $0.00 | $0.00 |
| **Total Sales Credit:** | **$0.00** | **$15,553.73** |

| Grid Payout | Monthly Sales Credit | Payout % | Monthly Incentive | YTD Sales Credit | YTD Incentive |
|---|---|---|---|---|---|
| Transactional | $0.00 | 31.00% | $0.00 | $3,011.03 | $933.42 |
| Fee Based | $0.00 | 50.00% | $0.00 | $0.00 | $0.00 |
| Portfolio Edge | $0.00 | 31.00% | $0.00 | $0.00 | $0.00 |
| Insurance | $0.00 | 31.00% | $0.00 | $0.00 | $0.00 |
| **Total:** | **$0.00** | | **$0.00** | **$3,011.03** | **$933.42** |

| | Monthly Amount | YTD Amount |
|---|---|---|
| Incentive | $0.00 | $933.42 |
| Net Adjustment | $0.00 | -$3,297.30 |
| Prior Deficit | -$6,363.88 | |
| Draw Amount | $0.00 | -$4,000.00 |
| Forgivable Draw | $0.00 | $0.00 |
| **Total Compensation:** | **-$6,363.88** | **$0.00** |
| Write Off | $0.00 | $0.00 |
| SA Prior Deficit | $0.00 | |
| SA Payment | $0.00 | $0.00 |
| **Pay Out / Deficit:** | **-$6,363.88** | **$0.00** |

JV0431

Bank of America Higher Standards

**Monthly Incentive Summary**
**November, 2005**

miCOMP My Incentive Compensation

| | |
|---|---|
| **Associate** | Vasta, Joseph ( L74 - Providence (131) ) |
| **Position** | Financial Advisor |
| **Annualized Production** | $6,401.96 |
| **Lenath of Service** | 21 Year(s) 2 Month(s) |
| **Transaction Rate** | 31.00% |
| **Fee Based Rate** | 50.00% |

| | Monthly | Year to Date |
|---|---|---|
| Gross Production | $0.00 | $15,743.68 |
| Small Trade Deduction | $0.00 | -$189.95 |
| Cents per Share Deduction | $0.00 | $0.00 |
| Referral Reduction | $0.00 | $0.00 |
| **Total Sales Credit:** | **$0.00** | **$15,553.73** |

| Grid Payout | Monthly Sales Credit | Payout % | Monthly Incentive | YTD Sales Credit | YTD Incentive |
|---|---|---|---|---|---|
| Transactional | $0.00 | 31.00% | $0.00 | $3,011.03 | $933.42 |
| Fee Based | $0.00 | 50.00% | $0.00 | $0.00 | $0.00 |
| Portfolio Edge | $0.00 | 31.00% | $0.00 | $0.00 | $0.00 |
| Insurance | $0.00 | 31.00% | $0.00 | $0.00 | $0.00 |
| **Total:** | **$0.00** | | **$0.00** | **$3,011.03** | **$933.42** |

| | Monthly Amount | YTD Amount |
|---|---|---|
| Incentive | $0.00 | $933.42 |
| Net Adjustment | $0.00 | -$3,297.30 |
| Prior Deficit | -$6,363.88 | |
| Draw Amount | -$2,000.00 | -$6,000.00 |
| Forgivable Draw | $0.00 | $0.00 |
| **Total Compensation:** | **-$8,363.88** | **$0.00** |
| Write Off | $0.00 | $0.00 |
| SA Prior Deficit | $0.00 | |
| SA Payment | $0.00 | $0.00 |
| **Pay Out / Deficit:** | **-$8,363.88** | **$0.00** |

JV0432

# EXHIBIT B

| | | | | |
|---|---|---|---|---|
| Joseph J Vasta<br>12 Heritage Road<br>Barrington RI 02806 | SSN:<br>Person No.: 26329376<br>Rate: 0.00 | Federal: Married<br>Exemptions: 2<br>Add'l: 0.00 | Work State: RI<br>Exemptions: 2<br>Add'l: 0.00 | Res. State: RI<br>Exemptions: 2<br>Add'l: 0.00 |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Draw | | | 1000.00 | | 9000.00 |
| GTL | | | 13.20 | | 118.80 |
| Totals: | | | 1013.20 | | 9118.00 |

**PRE-TAX BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

**TAXES**

| Description | Taxable Earnings Current | Taxable Earnings YTD | Taxes Withheld Current | Taxes Withheld YTD |
|---|---|---|---|---|
| (RI) SDI | 1000.00 | 9000.00 | 14.00 | 126.00 |
| (RI) SIT | 1013.20 | 9118.80 | 17.92 | 162.21 |
| FIT | 1013.20 | 9118.80 | 41.32 | 371.88 |
| MEDICARE | 1013.20 | 9118.80 | 14.69 | 132.22 |
| SS | 1013.20 | 9118.80 | 62.82 | 565.37 |
| Totals: | | | 150.75 | 1357.68 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

| | GROSS | less TAXES | less DEDUCTIONS | less IMPUTED INCOME | plus OTHER PAYMTS | equals NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1013.20 | 150.75 | 0.00 | 13.20 | 0.00 | **849.25** |
| YTD | 9118.80 | 1357.68 | 0.00 | 118.80 | 0.00 | **7642.32** |

| COMPANY | COST CENTER | ADVICE NO. | ADVICE DATE | BEGIN/END DATES | PERIOD |
|---|---|---|---|---|---|
| 00541 | 0037131 | 1784409 | 05/13/2005 | 05/01/2005-05/15/2005 | Semi-Month |

| Current Pay Distribution | | DIRECT DEPOSIT AMOUNT |
|---|---|---|
| C xxxxxx6338 | BANK OF NEWPORT | 849.25 |

Bank of America
100 N. Tryon Street
Charlotte, NC 28255

ADVICE NO. . 1784409
ADVICE DATE: 05/13/2005

Brought to you by our customers!!!
If you have questions, contact the Bank of America Personnel Center
at 1-800-556-6044

Print Close

Important Legal Information Copyright © 1998-2006 FMR Corp. All rights reserved.
Version: PKG_WEB_200512_12122005_2119 (FEBPRDWP119WIN)

JV0402

| | | | | |
|---|---|---|---|---|
| Joseph J Vasta<br>12 Heritage Road<br>Barrington RI 02806 | SSN: [redacted]<br>Person No.: 26329376<br>Rate: 0.00 | Federal: Married<br>Exemptions: 2<br>Add'l: 0.00 | Work State: RI<br>Exemptions: 2<br>Add'l: 0.00 | Res. State: RI<br>Exemptions: 2<br>Add'l: 0.00 |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Draw | | | 1000.00 | | 10000.00 |
| GTL | | | 13.20 | | 132.00 |
| Totals: | | | 1013.20 | | 10132.00 |

**PRE-TAX BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

**TAXES**

| Description | Taxable Earnings Current | Taxable Earnings YTD | Taxes Withheld Current | Taxes Withheld YTD |
|---|---|---|---|---|
| (RI) SDI | 1000.00 | 10000.00 | 14.00 | 140.00 |
| (RI) SIT | 1013.20 | 10132.00 | 17.92 | 180.13 |
| FIT | 1013.20 | 10132.00 | 41.32 | 413.20 |
| MEDICARE | 1013.20 | 10132.00 | 14.69 | 146.91 |
| SS | 1013.20 | 10132.00 | 62.81 | 628.18 |
| Totals: | | | 150.74 | 1508.42 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

| | GROSS | less TAXES | less DEDUCTIONS | less IMPUTED INCOME | plus OTHER PAYMTS | equals NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1013.20 | 150.74 | 0.00 | 13.20 | 0.00 | 849.26 |
| YTD | 10132.00 | 1508.42 | 0.00 | 132.00 | 0.00 | 8491.58 |

| COMPANY | COST CENTER | ADVICE NO. | ADVICE DATE | BEGIN/END DATES | PERIOD |
|---|---|---|---|---|---|
| 00541 | 0037131 | 2004394 | 05/31/2005 | 05/16/2005-05/31/2005 | Semi-Month |

| Current Pay Distribution | | DIRECT DEPOSIT AMOUNT |
|---|---|---|
| C xxxxxx6338 | BANK OF NEWPORT | 849.26 |

Bank of America
100 N Tryon Street
Charlotte, NC 28255

ADVICE NO. : 2004394
ADVICE DATE: 05/31/2005

Brought to you by our customers!!!
If you have questions, contact the Bank of America Personnel Center
at 1-800-556-6044

Print Close

Important Legal Information Copyright © 1998-2006 FMR Corp. All rights reserved.
Version: PKG_WEB_200512_12122005_2119 (FEBPRDWP119WIN)

JV0403

| | | | | |
|---|---|---|---|---|
| Joseph J Vasta<br>12 Heritage Road<br>Barrington RI 02806 | SSN:<br>Person No.: 26329376<br>Rate: 0.00 | Federal: Married<br>Exemptions: 2<br>Add'l: 0.00 | Work State: RI<br>Exemptions: 2<br>Add'l: 0.00 | Res. State: RI<br>Exemptions: 2<br>Add'l: 0.00 |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Draw | | | 1000.00 | | 11000.00 |
| GTL | | | 13.20 | | 145.20 |
| Totals: | | | 1013.20 | | 11145.20 |

**PRE-TAX BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

**TAXES**

| Description | Taxable Earnings Current | Taxable Earnings YTD | Taxes Withheld Current | Taxes Withheld YTD |
|---|---|---|---|---|
| (RI) SDI | 1000.00 | 11000.00 | 14.00 | 154.00 |
| (RI) SIT | 1013.20 | 11145.20 | 17.92 | 198.05 |
| FIT | 1013.20 | 11145.20 | 41.32 | 454.52 |
| MEDICARE | 1013.20 | 11145.20 | 14.70 | 161.61 |
| SS | 1013.20 | 11145.20 | 62.82 | 691.00 |
| Totals: | | | 150.76 | 1659.18 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

| | GROSS | less TAXES | less DEDUCTIONS | less IMPUTED INCOME | plus OTHER PAYMTS | equals NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1013.20 | 150.76 | 0.00 | 13.20 | 0.00 | 849.24 |
| YTD | 11145.20 | 1659.18 | 0.00 | 145.20 | 0.00 | 9340.82 |

| COMPANY | COST CENTER | ADVICE NO. | ADVICE DATE | BEGIN/END DATES | PERIOD |
|---|---|---|---|---|---|
| 00541 | 0037131 | 2127445 | 06/15/2005 | 06/01/2005-06/15/2005 | Semi-Month |

| Current Pay Distribution | | DIRECT DEPOSIT AMOUNT |
|---|---|---|
| C xxxxxx6338 | BANK OF NEWPORT | 849.24 |

Bank of America
100 N. Tryon Street
Charlotte, NC 28255

ADVICE NO. : 2127445
ADVICE DATE: 06/15/2005

Brought to you by our customers!!!
If you have questions, contact the Bank of America Personnel Center
at 1-800-556-6044

Print Close

Important Legal Information Copyright © 1998-2006 FMR Corp. All rights reserved.
Version: PKG_WEB_200512_12122005_2119 (FEBPRDWP119WIN)

JV0404

| Joseph J Vasta<br>12 Heritage Road<br>Barrington RI 02806 | SSN:<br>Person No.: 26329376<br>Rate: 0.00 | Federal: Married<br>Exemptions: -2<br>Add'l: 0.00 | Work State: RI<br>Exemptions: 2<br>Add'l: 0.00 | Res. State: RI<br>Exemptions: 2<br>Add'l: 0.00 |
|---|---|---|---|---|

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Draw | | | 1000.00 | | 12000.00 |
| GTL | | | 13.20 | | 158.40 |
| STD 100pct | | | 3717.15 | | 3717.15 |
| Totals: | | | 4730.35 | | 15875.55 |

**PRE-TAX BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Totals. | 0.00 | 0.00 |

**TAXES**

| Description | Taxable Earnings Current | Taxable Earnings YTD | Taxes Withheld Current | Taxes Withheld YTD |
|---|---|---|---|---|
| (RI) SDI | 4717.15 | 15717.15 | 66.04 | 220.04 |
| (RI) SIT | 4730.35 | 15875.55 | 228.24 | 426.29 |
| FIT | 4730.35 | 15875.55 | 759.67 | 1214.19 |
| MEDICARE | 4730.35 | 15875.55 | 68.59 | 230.20 |
| SS | 4730.35 | 15875.55 | 293.28 | 984.28 |
| Totals: | | | 1415.82 | 3075.00 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

| | GROSS | less TAXES | less DEDUCTIONS | less IMPUTED INCOME | plus OTHER PAYMTS | equals NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 4730.35 | 1415.82 | 0.00 | 13.20 | 0.00 | **3301.33** |
| YTD | 15875.55 | 3075.00 | 0.00 | 158.40 | 0.00 | **12842.15** |

| COMPANY | COST CENTER | ADVICE NO | ADVICE DATE | BEGIN/END DATES | PERIOD |
|---|---|---|---|---|---|
| 00541 | 0037131 | 2379536 | 06/30/2005 | 06/16/2005-06/30/2005 | Semi-Month |

| Current Pay Distribution | | DIRECT DEPOSIT AMOUNT |
|---|---|---|
| C xxxxxx6338 | BANK OF NEWPORT | 3301.33 |

Bank of America
100 N. Tryon Street
Charlotte, NC 28255

ADVICE NO. : 2379536
ADVICE DATE: 06/30/2005

Brought to you by our customers!!!
If you have questions, contact the Bank of America Personnel Center
at 1-800-556-6044

Print | Close

Important Legal Information Copyright © 1998-2006 FMR Corp. All rights reserved.
Version: PKG_WEB_200512_12122005_2119 (FEBPRDWP119WIN)

JV0405

| | | | | |
|---|---|---|---|---|
| Joseph J Vasta<br>12 Heritage Road<br>Barrington RI 02806 | SSN:<br>Person No.: 26329376<br>Rate: 0.00 | Federal: Married<br>Exemptions: 2<br>Add'l: 0.00 | Work State: RI<br>Exemptions: 2<br>Add'l: 0.00 | Res. State: RI<br>Exemptions: 2<br>Add'l: 0.00 |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Draw | | | 1000.00 | | 13000.00 |
| GTL | | | 13.20 | | 171.60 |
| STD 100pct | | | 3717.15 | | 7434.30 |
| Totals: | | | 4730.35 | | 20605.90 |

**PRE-TAX BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

**TAXES**

| Description | Taxable Earnings Current | Taxable Earnings YTD | Taxes Withheld Current | Taxes Withheld YTD |
|---|---|---|---|---|
| (RI) SDI | 4717.15 | 20434.30 | 66.04 | 286.08 |
| (RI) SIT | 4730.35 | 20605.90 | 228.24 | 654.53 |
| FIT | 4730.35 | 20605.90 | 759.67 | 1973.86 |
| MEDICARE | 4730.35 | 20605.90 | 68.59 | 298.79 |
| SS | 4730.35 | 20605.90 | 293.29 | 1277.57 |
| Totals: | | | 1415.83 | 4490.83 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

| | GROSS | less TAXES | less DEDUCTIONS | less IMPUTED INCOME | plus OTHER PAYMTS | equals NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 4730.35 | 1415.83 | 0.00 | 13.20 | 0.00 | 3301.32 |
| YTD | 20605.90 | 4490.83 | 0.00 | 171.60 | 0.00 | 15943.47 |

| COMPANY | COST CENTER | ADVICE NO. | ADVICE DATE | BEGIN/END DATES | PERIOD |
|---|---|---|---|---|---|
| 00541 | 0037131 | 2637886 | 07/15/2005 | 07/01/2005-07/15/2005 | Semi-Month |

| Current Pay Distribution | | DIRECT DEPOSIT AMOUNT |
|---|---|---|
| C xxxxxx6338 | BANK OF NEWPORT | 3301.32 |

Bank of America
100 N. Tryon Street
Charlotte, NC 28255

ADVICE NO. : 2637886
ADVICE DATE: 07/15/2005

Brought to you by our customers!!!
If you have questions, contact the Bank of America Personnel Center
at 1-800-556-6044

Print | Close

Important Legal Information Copyright © 1998-2006 FMR Corp. All rights reserved.
Version: PKG_WEB_200512_12122005_2119 (FEBPRDWP119WIN)

JV0406

| | | | | |
|---|---|---|---|---|
| Joseph J Vasta<br>12 Heritage Road<br>Barrington RI 02806 | SSN:<br>Person No.: 28329376<br>Rate: 0.00 | Federal: Married<br>Exemptions: 9<br>Add'l: 0.00 | Work State: RI<br>Exemptions: 2<br>Add'l: 0.00 | Res. State: RI<br>Exemptions: 2<br>Add'l: 0.00 |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Draw | | | | | 13000.00 |
| GTL | | | 13.20 | | 184.80 |
| STD 100pct | | | 3717.15 | | 11151.45 |
| Totals: | | | 3730.35 | | 24336.25 |

**PRE-TAX BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

**TAXES**

| Description | Taxable Earnings Current | Taxable Earnings YTD | Taxes Withheld Current | Taxes Withheld YTD |
|---|---|---|---|---|
| (RI) SDI | 3717.15 | 24151.45 | 52.04 | 338.12 |
| (RI) SIT | 3730.35 | 24336.25 | 158.24 | 812.77 |
| FIT | 3730.35 | 24336.25 | 509.67 | 2483.53 |
| MEDICARE | 3730.35 | 24336.25 | 54.09 | 352.88 |
| SS | 3730.35 | 24336.25 | 231.28 | 1508.85 |
| Totals: | | | 1005.32 | 5496.15 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

| | GROSS | less TAXES | less DEDUCTIONS | less IMPUTED INCOME | plus OTHER PAYMTS | equals NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 3730.35 | 1005.32 | 0.00 | 13.20 | 0.00 | 2711.83 |
| YTD | 24336.25 | 5496.15 | 0.00 | 184.80 | 0.00 | 18655.30 |

| COMPANY | COST CENTER | ADVICE NO. | ADVICE DATE | BEGIN/END DATES | PERIOD |
|---|---|---|---|---|---|
| 00541 | 0037131 | 2853495 | 07/29/2005 | 07/16/2005-07/31/2005 | Semi-Month |

| Current Pay Distribution | | DIRECT DEPOSIT AMOUNT |
|---|---|---|
| C xxxxxx6338 | BANK OF NEWPORT | 2711.83 |

Bank of America
100 N. Tryon Street
Charlotte, NC 28255

ADVICE NO.: 2853495
ADVICE DATE: 07/29/2005

Brought to you by our customers!!!
If you have questions, contact the Bank of America Personnel Center at 1-800-556-6044

Print Close

Important Legal Information Copyright © 1998-2006 FMR Corp. All rights reserved.
Version: PKG_WFR_200512_12122005_2119 (FEBPRDWP119WIN)

| | | | | |
|---|---|---|---|---|
| Joseph J Vasta<br>12 Heritage Road<br>Barrington RI 02806 | SSN:<br>Person No.: 26329376<br>Rate: 0.00 | Federal: Married<br>Exemptions: 2<br>Add'l: 0.00 | Work State: RI<br>Exemptions: 2<br>Add'l: 0.00 | Res. State: RI<br>Exemptions: 2<br>Add'l: 0.00 |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Draw | | | | | 13000.00 |
| GTL | | | | | 184.80 |
| STD 100pct | | | | | 11151.45 |
| STD 70pct | | | 2602.00 | | 2602.00 |
| Totals: | | | 2602.00 | | 26938.25 |

**PRE-TAX BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

**TAXES**

| Description | Taxable Earnings Current | Taxable Earnings YTD | Taxes Withheld Current | Taxes Withheld YTD |
|---|---|---|---|---|
| (RI) SDI | 2602.00 | 26753.45 | 36.43 | 374.55 |
| (RI) SIT | 2602.00 | 26938.25 | 79.25 | 892.02 |
| FIT | 2602.00 | 26938.25 | 269.88 | 2753.41 |
| MEDICARE | 2602.00 | 26938.25 | 37.72 | 390.60 |
| SS | 2602.00 | 26938.25 | 161.32 | 1670.17 |
| Totals: | | | 584.60 | 6080.75 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

| | GROSS | less TAXES | less DEDUCTIONS | less IMPUTED INCOME | plus OTHER PAYMTS | equals NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 2602.00 | 584.60 | 0.00 | 0.00 | 0.00 | 2017.40 |
| YTD | 26938.25 | 6080.75 | 0.00 | 184.80 | 0.00 | 20672.70 |

| COMPANY | COST CENTER | ADVICE NO. | ADVICE DATE | BEGIN/END DATES | PERIOD |
|---|---|---|---|---|---|
| 00541 | 0037131 | 3254973 | 08/31/2005 | 08/16/2005-08/31/2005 | Semi-Month |

| Current Pay Distribution | | DIRECT DEPOSIT AMOUNT |
|---|---|---|
| C xxxxxx6338 | BANK OF NEWPORT | 2017.40 |

Bank of America
100 N. Tryon Street
Charlotte, NC 28255

ADVICE NO. : 3254973
ADVICE DATE: 08/31/2005

Brought to you by our customers!!!
If you have questions, contact the Bank of America Personnel Center
at 1-800-556-6044

Print Close

Important Legal Information Copyright © 1998-2006 FMR Corp. All rights reserved.
Version: PKG_WEB_200512_12122005_2119 (FEBPRDWP113WIN)

JV0408

| | | | | |
|---|---|---|---|---|
| Joseph J Vasta<br>12 Heritage Road<br>Barrington RI 02806 | SSN:<br>Person No.: 26329376<br>Rate: 0.00 | Federal: Married<br>Exemptions: 2<br>Add'l: 0.00 | Work State: RI<br>Exemptions: 2<br>Add'l: 0.00 | Res. State: RI<br>Exemptions: 2<br>Add'l: 0.00 |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Draw | | | | | 13000.00 |
| GTL | | | | | 184.80 |
| STD 100pct | | | | | 11151.45 |
| STD 70pct | | | | | 2602.00 |
| STD Adjustment | | | 2602.00 | | 2602.00 |
| Totals: | | | 2602.00 | | 29540.25 |

**PRE-TAX BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

**TAXES**

| Description | Taxable Earnings Current | Taxable Earnings YTD | Taxes Withheld Current | Taxes Withheld YTD |
|---|---|---|---|---|
| (RI) SDI | 2602.00 | 29355.45 | 36.43 | 410.98 |
| (RI) SIT | 2602.00 | 29540.25 | 79.25 | 971.27 |
| FIT | 2602.00 | 29540.25 | 269.88 | 3023.29 |
| MEDICARE | 2602.00 | 29540.25 | 37.73 | 428.33 |
| SS | 2602.00 | 29540.25 | 161.33 | 1831.50 |
| Totals: | | | 584.62 | 6665.37 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

| | GROSS | less TAXES | less DEDUCTIONS | less IMPUTED INCOME | plus OTHER PAYMTS | equals NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 2602.00 | 584.62 | 0.00 | 0.00 | 0.00 | 2017.38 |
| YTD | 29540.25 | 6665.37 | 0.00 | 184.80 | 0.00 | 22690.08 |

| COMPANY | COST CENTER | ADVICE NO. | ADVICE DATE | BEGIN/END DATES | PERIOD |
|---|---|---|---|---|---|
| 00541 | 0037131 | 3356849 | 09/01/2005 | 08/16/2005-08/31/2005 | Semi-Month |

| Current Pay Distribution | | DIRECT DEPOSIT AMOUNT |
|---|---|---|
| C xxxxxx6338 | BANK OF NEWPORT | 2017.38 |

Bank of America
100 N. Tryon Street
Charlotte, NC 28255

ADVICE NO. : 3356849
ADVICE DATE: 09/01/2005

Brought to you by our customers!!
If you have questions, contact the Bank of America Personnel Center
at 1-800-556-6044

Print Close

Important Legal Information Copyright © 1998-2006 FMR Corp. All rights reserved.
Version: PKG_WEB_200512_12122005_2119 (FEBPRDWP113WIN)

JV0409

Paycheck Statement

| | | | | |
|---|---|---|---|---|
| Joseph J Vasta<br>12 Heritage Road<br>Barrington RI 02806 | SSN:<br>Person No.: 26329376<br>Rate: 0.00 | Federal: Married<br>Exemptions: 2<br>Add'l: 0.00 | Work State: RI<br>Exemptions: 2<br>Add'l: 0.00 | Res. State: RI<br>Exemptions: 2<br>Add'l. 0.00 |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Draw | | | 1000.00 | | 14000.00 |
| GTL | | | 13.20 | | 198.00 |
| STD 100pct | | | | | 11151.45 |
| STD 70pct | | | | | 2602.00 |
| STD Adjustment | | | | | 2602.00 |
| Totals: | | | 1013.20 | | 30553.45 |

**PRE-TAX BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

**TAXES**

| Description | Taxable Earnings Current | Taxable Earnings YTD | Taxes Withheld Current | Taxes Withheld YTD |
|---|---|---|---|---|
| (RI) SDI | 1000.00 | 30355.45 | 14.00 | 424.98 |
| (RI) SIT | 1013.20 | 30553.45 | 17.92 | 989.19 |
| FIT | 1013.20 | 30553.45 | 41.32 | 3064.61 |
| MEDICARE | 1013.20 | 30553.45 | 14.70 | 443.03 |
| SS | 1013.20 | 30553.45 | 62.81 | 1894.31 |
| Totals: | | | 150.75 | 6816.12 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

| | GROSS | less TAXES | less DEDUCTIONS | less IMPUTED INCOME | plus OTHER PAYMTS | equals NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1013.20 | 150.75 | 0.00 | 13.20 | 0.00 | 849.25 |
| YTD | 30553.45 | 6816.12 | 0.00 | 198.00 | 0.00 | 23539.33 |

| COMPANY | COST CENTER | ADVICE NO. | ADVICE DATE | BEGIN/END DATES | PERIOD |
|---|---|---|---|---|---|
| 00541 | 0037131 | 3721522 | 09/30/2005 | 09/16/2005-09/30/2005 | Semi-Month |

| Current Pay Distribution | | DIRECT DEPOSIT AMOUNT |
|---|---|---|
| C xxxxxx6338 | BANK OF NEWPORT | 849.25 |

Bank of America
100 N. Tryon Street
Charlotte, NC 28255

ADVICE NO. : 3721622
ADVICE DATE: 09/30/2005

Brought to you by our customers!!!
If you have questions, contact the Bank of America Personnel Center at 1-800-556-6044

Print Close

Important Legal Information Copyright © 1998-2006 FMR Corp. All rights reserved.
Version: PKG_WEB_200512_12122005_2119 (FEBPRDWP113WIN)

JV0410

Paycheck Statement

| | | | | |
|---|---|---|---|---|
| Joseph J Vasta<br>12 Heritage Road<br>Barrington RI 02806 | SSN:<br>Person No.: 26329376<br>Rate: 0.00 | Federal: Married<br>Exemptions: 2<br>Add'l: 0.00 | Work State: RI<br>Exemptions: 2<br>Add'l: 0.00 | Res. State: RI<br>Exemptions: 2<br>Add'l: 0.00 |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Draw | | | 1000.00 | | 15000.00 |
| GTL | | | 13.20 | | 211.20 |
| Guaranteed Draw | | | | | -2703.38 |
| STD 100 Pct | | | | | 2703.38 |
| STD 100pct | | | | | 11151.45 |
| STD 70pct | | | | | 2602.00 |
| STD Adjustment | | | | | 2602.00 |
| Totals: | | | 1013.20 | | 31566.65 |

**PRE-TAX BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

**TAXES**

| Description | Taxable Earnings Current | Taxable Earnings YTD | Taxes Withheld Current | Taxes Withheld YTD |
|---|---|---|---|---|
| (RI) SDI | 1000.00 | 31355.45 | 14.00 | 438.98 |
| (RI) SIT | 1013.20 | 31566.65 | 17.92 | 1007.11 |
| FIT | 1013.20 | 31566.65 | 41.32 | 3105.93 |
| MEDICARE | 1013.20 | 31566.65 | 14.69 | 457.72 |
| SS | 1013.20 | 31566.65 | 62.82 | 1957.13 |
| Totals: | | | 150.75 | 6966.87 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

| | GROSS | less TAXES | less DEDUCTIONS | less IMPUTED INCOME | plus OTHER PAYMTS | equals NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1013.20 | 150.75 | 0.00 | 13.20 | 0.00 | 849.25 |
| YTD | 31566.65 | 6966.87 | 0.00 | 211.20 | 0.00 | 24388.58 |

| COMPANY | COST CENTER | ADVICE NO. | ADVICE DATE | BEGIN/END DATES | PERIOD |
|---|---|---|---|---|---|
| 00541 | 0037131 | 3096520 | 10/14/2005 | 10/01/2005 10/15/2005 | Semi-Month |

| Current Pay Distribution | | DIRECT DEPOSIT AMOUNT |
|---|---|---|
| C xxxxxx6338 | BANK OF NEWPORT | 849.25 |

Bank of America
100 N. Tryon Street
Charlotte, NC 28255

ADVICE NO. : 3896528
ADVICE DATE: 10/14/2005

Brought to you by our customers!!!
If you have questions, contact the Bank of America Personnel Center
at 1-800-556-6044

Print Close

Important Legal Information Copyright © 1998-2006 FMR Corp. All rights reserved.
Version: PKG_WEB_200512_12122005_2119 (FEBPRDWP113WIN)

JV0411

Paycheck Statement

| | | | | |
|---|---|---|---|---|
| Joseph J Vocca<br>12 Heritage Road<br>Barrington RI 02806 | SSN:<br>Person No.: 26329376<br>Rate: 0.00 | Federal: Married<br>Exemptions: 2<br>Add'l: 0.00 | Work State: RI<br>Exemptions: 2<br>Add'l: 0.00 | Res. State: RI<br>Exemptions: 2<br>Add'l: 0.00 |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Draw | | | 1000.00 | | 16000.00 |
| GTL | | | 13.20 | | 224.40 |
| Guaranteed Draw | | | | | -2703.38 |
| STD 100 Pct | | | | | 2703.38 |
| STD 100pct | | | | | 11151.45 |
| STD 70pct | | | | | 2602.00 |
| STD Adjustment | | | | | 2602.00 |
| Totals: | | | 1013.20 | | 32579.85 |

**PRE-TAX BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

**TAXES**

| Description | Taxable Earnings Current | Taxable Earnings YTD | Taxes Withheld Current | Taxes Withheld YTD |
|---|---|---|---|---|
| (RI) SDI | 1000.00 | 32355.45 | 14.00 | 452.98 |
| (RI) SIT | 1013.20 | 32579.85 | 17.92 | 1025.03 |
| FIT | 1013.20 | 32579.85 | 41.32 | 3147.25 |
| MEDICARE | 1013.20 | 32579.85 | 14.69 | 472.41 |
| SS | 1013.20 | 32579.85 | 62.82 | 2019.95 |
| Totals: | | | 150.75 | 7117.62 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Totals. | 0.00 | 0.00 |

| | GROSS | less TAXES | less DEDUCTIONS | less IMPUTED INCOME | plus OTHER PAYMTS | equals NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1013.20 | 150.75 | 0.00 | 13.20 | 0.00 | 849.25 |
| YTD | 32579.85 | 7117.62 | 0.00 | 224.40 | 0.00 | 25237.83 |

| COMPANY | COST CENTER | ADVICE NO. | ADVICE DATE | BEGIN/END DATES | PERIOD |
|---|---|---|---|---|---|
| 00541 | 0037131 | 4160799 | 10/31/2005 | 10/16/2005-10/31/2005 | Semi-Month |

| Current Pay Distribution | | DIRECT DEPOSIT AMOUNT |
|---|---|---|
| C xxxxxx6338 | BANK OF NEWPORT | 849.25 |

Bank of America
100 N. Tryon Street
Charlotte, NC 28255

ADVICE NO. : 4160799
ADVICE DATE: 10/31/2005

Brought to you by our customers!!!
If you have questions, contact the Bank of America Personnel Center
at 1-800-556-6044

Print Close

Important Legal Information Copyright © 1998-2006 FMR Corp. All rights reserved.
Version: PKG_WEB_200512_12122005_2119 (FEBPRDWP113WIN)

Paycheck Statement

| | | | | |
|---|---|---|---|---|
| Joseph J Vasta<br>12 Heritage Road<br>Barrington RI 02806 | SSN:<br>Person No.: 28329376<br>Rate: 0.00 | Federal: Married<br>Exemptions: 2<br>Add'l: 0.00 | Work State: RI<br>Exemptions: 2<br>Add'l: 0.00 | Res. State: RI<br>Exemptions: 2<br>Add'l: 0.00 |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Draw | | | 1000.00 | | 17000.00 |
| GTL | | | 13.20 | | 237.60 |
| Guaranteed Draw | | | | | -2703.38 |
| STD 100 Pct | | | | | 2703.38 |
| STD 100pct | | | | | 11151.45 |
| STD 70pct | | | | | 2602.00 |
| STD Adjustment | | | | | 2602.00 |
| Totals: | | | 1013.20 | | 33593.05 |

**PRE-TAX BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

**TAXES**

| Description | Taxable Earnings Current | Taxable Earnings YTD | Taxes Withheld Current | Taxes Withheld YTD |
|---|---|---|---|---|
| (RI) SDI | 1000.00 | 33355.45 | 14.00 | 466.98 |
| (RI) SIT | 1013.20 | 33593.05 | 17.92 | 1042.95 |
| FIT | 1013.20 | 33593.05 | 41.32 | 3188.57 |
| MEDICARE | 1013.20 | 33593.05 | 14.69 | 487.10 |
| SS | 1013.20 | 33593.05 | 62.82 | 2082.77 |
| Totals: | | | 150.75 | 7268.37 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

| | GROSS | less TAXES | less DEDUCTIONS | less IMPUTED INCOME | plus OTHER PAYMTS | equals NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1013.20 | 150.75 | 0.00 | 13.20 | 0.00 | 849.25 |
| YTD | 33593.05 | 7268.37 | 0.00 | 237.60 | 0.00 | 26087.08 |

| COMPANY | COST CENTER | ADVICE NO. | ADVICE DATE | BEGIN/END DATES | PERIOD |
|---|---|---|---|---|---|
| 00541 | 0037131 | 4411442 | 11/15/2005 | 11/01/2005-11/15/2005 | Semi-Month |

| Current Pay Distribution | | DIRECT DEPOSIT AMOUNT |
|---|---|---|
| C xxxxxx6338 | BANK OF NEWPORT | 849.25 |

Bank of America
100 N. Tryon Street
Charlotte, NC 28255

ADVICE NO. : 4411442
ADVICE DATE: 11/15/2005

Brought to you by our customers!!!
If you have questions, contact the Bank of America Personnel Center
at 1-800-556-6044

Print Close

Important Legal Information Copyright © 1998-2006 FMR Corp. All rights reserved.
Version: PKG_WEB_200512_12122005_2119 (FEBPRDWP130WIN)

JV0413

Paycheck Statement

| | | | | |
|---|---|---|---|---|
| Joseph J Vasta<br>12 Heritage Road<br>Barrington RI 02806 | SSN:<br>Person No.: 26329376<br>Rate: 0.00 | Federal: Married<br>Exemptions: 2 -<br>Add'l: 0.00 | Work State: RI<br>Exemptions: 2<br>Add'l: 0.00 | Res. State: RI<br>Exemptions: 2<br>Add'l: 0.00 |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Draw | | | 1000.00 | | 18000.00 |
| GTL | | | 13.20 | | 250.80 |
| Guaranteed Draw | | | | | -2703.38 |
| STD 100 Pct | | | | | 2703.38 |
| STD 100pct | | | | | 11151.45 |
| STD 70pct | | | | | 2602.00 |
| STD Adjustment | | | | | 2602.00 |
| Totals: | | | 1013.20 | | 34606.25 |

**PRE-TAX BENEFITS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

**TAXES**

| Description | Taxable Earnings Current | Taxable Earnings YTD | Taxes Withheld Current | Taxes Withheld YTD |
|---|---|---|---|---|
| (RI) SDI | 1000.00 | 34355.45 | 14.00 | 480.98 |
| (RI) SIT | 1013.20 | 34606.25 | 17.92 | 1060.87 |
| FIT | 1013.20 | 34606.25 | 41.32 | 3229.89 |
| MEDICARE | 1013.20 | 34606.25 | 14.69 | 501.79 |
| SS | 1013.20 | 34606.25 | 62.82 | 2145.59 |
| Totals: | | | 150.75 | 7419.12 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

| | GROSS | less TAXES | less DEDUCTIONS | less IMPUTED INCOME | plus OTHER PAYMTS | equals NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1013.20 | 150.75 | 0.00 | 13.20 | 0.00 | 849.25 |
| YTD | 34606.25 | 7419.12 | 0.00 | 250.80 | 0.00 | 26936.33 |

| COMPANY | COST CENTER | ADVICE NO. | ADVICE DATE | BEGIN/END DATES | PERIOD |
|---|---|---|---|---|---|
| 00541 | 0037131 | 4518707 | 11/30/2005 | 11/16/2005-11/30/2005 | Semi-Month |

| Current Pay Distribution | | DIRECT DEPOSIT AMOUNT |
|---|---|---|
| C xxxxxx0338 | BANK OF NEWPORT | 849.25 |

Bank of America
100 N. Tryon Street
Charlotte, NC 28255

ADVICE NO. : 4518707
ADVICE DATE: 11/30/2005

Brought to you by our customers!!!
If you have questions, contact the Bank of America Personnel Center
at 1-800-556-6044

Print Close

Important Legal Information Copyright © 1998-2006 FMR Corp. All rights reserved.
Version: PKG_WEB_200512_12122005_2119 (FEBPRDWP130WIN)

JV0414