UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Joseph Vasta,
Plaintiff

C.A. No. 06-396 ML-DLM

v.

Banc of America Investment Services, Inc.,
Defendant

**STIPULATION BY THE PARTIES FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE HIS OPPOSITION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The undersigned Parties hereby stipulate and agree, with the approval of the Court, that the Plaintiff may have up to and including November 7, 2007 to file his opposition to the Defendant's Motion for Summary Judgment. Plaintiff's Response is currently due by October 22, 2007, and this Stipulation provides for a 16 day extension. The Parties further agree that the Defendant may have up to and including November 21, 2007 to file its Response to Plaintiff's Opposition.

This extension is necessary due to Plaintiff's counsel's unusually heavy litigation and hearing schedule during the next three weeks, and will permit the Parties to continue their good faith efforts to seek a negotiated resolution of this matter.

Respectfully Submitted,
Plaintiff,
Joseph Vasta

By his Attorney,

/s/ Stephen T. Fanning
Stephen T. Fanning (#3900)
305 South Main Street

Defendant
Banc of America Investment Services, Inc.
By Its Attorneys,

/s/ Brian P. Pezza
Brian Pezza, Esq. *(pro hac vice)*
Edwards Angell Palmer & Dodge, LLP

Providence, RI 02903
401-272-8250
401-272-4520 (FAX)

101 Federal Street
Boston, MA. 02110
617-951-2291

/s/ Mark Pogue

Mark Pogue
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
401-274-9200

**Certification**

I hereby certify that a true and correct copy of the above was served on counsel for the Defendant, Brian Pezza & Mark A. Pogue by electronic mail and/or fax on this 17th day of October 2007.

/s/ Stephen T. Fanning