**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Joseph Vasta,
Plaintiff

C.A. No. 06-396 ML-DLM

v.

Banc of America Investment Services, Inc.,
Defendant

**STIPULATION BY THE PARTIES FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE HIS OPPOSITION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The undersigned Parties hereby stipulate and agree, with the approval of the Court, that the Plaintiff may have up to and including November 27, 2007 to file his Opposition to the Defendant's Motion for Summary Judgment, and that Defendant may have until December 11, 2007 to file its response thereto. Plaintiff's Opposition was originally due October 22, 2007, but was extended to November 7, 2007, with a Defendant's response date of November 21, 2007, with the Court's approval and by stipulation of the Parties.

This additional brief extension is necessary in that the Parties are engaged in intensive efforts to seek a negotiated resolution of this matter. The Defendant, a large corporation, is currently reviewing Plaintiff's revised settlement proposal, but requires additional time to fully assess its position and respond. The Parties are hopeful that their efforts can result in a resolution of this matter, rendering further proceedings unnecessary.

The Parties anticipate that no further extensions will be required.

Respectfully Submitted,
Plaintiff,
Joseph Vasta

By his Attorney,

/s/ Stephen T. Fanning
Stephen T. Fanning (#3900)

305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520 (FAX)

Defendant
Banc of America Investment Services, Inc.
By Its Attorneys,

/s/ Alice A. Kokodis
/s/ Brian P. Pezza
Alice A. Kokodis, Esq. (*pro hac vice*)
Brian Pezza, Esq. *(pro hac vice)*
Edwards Angell Palmer & Dodge, LLP
101 Federal Street
Boston, MA. 02110
617-951-2291

*/s/* Mark Pogue

Mark Pogue
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
401-274-9200

**Certification**

I hereby certify that a true and correct copy of the above was served on counsel for the Defendant, Alice A. Kokodis, Brian Pezza & Mark A. Pogue by electronic mail on this 6th day of November 2007.

/s/ Stephen T. Fanning