**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Joseph Vasta,
Plaintiff

C.A. No. 06-396 ML-DLM

v.

Banc of America Investment Services, Inc.,
Defendant

**STIPULATION BY THE PARTIES FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE HIS OPPOSITION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The undersigned Parties hereby stipulate and agree, with the approval of the Court, that the Plaintiff may have up to and including December 11, 2007, to file his Opposition to the Defendant's Motion for Summary Judgment, and that Defendant may have up to and including December 26, 2007 to file its response thereto. Plaintiff's Opposition was originally due October 22, 2007, but was extended to November 27, 2007, with a Defendant's response date of December 11, 2007, with the Court's approval and by stipulation of the Parties. (This was the second extension requested by the Parties.)

This additional brief extension is necessary in that the Parties are continuing their good faith and intensive efforts to seek a negotiated resolution of this matter, and believe that this additional extension is necessary if settlement is to be brought to fruition. The Defendant, a large corporation, is in the process of reviewing Plaintiff's revised settlement proposal, but requires additional time to fully assess its position and respond.

The Parties are hopeful that their efforts can result in a resolution of this matter, rendering further proceedings unnecessary.

No further extensions will be requested.

Respectfully Submitted,
Plaintiff,
Joseph Vasta

By his Attorney,

/s/ Stephen T. Fanning
Stephen T. Fanning (#3900)

305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520 (FAX)

Defendant
Banc of America Investment Services, Inc.
By Its Attorneys,

/s/ Alice A. Kokodis
/s/ Brian P. Pezza____
Alice A. Kokodis, Esq. (*pro hac vice*)
Brian Pezza, Esq. *(pro hac vice)*
Edwards Angell Palmer & Dodge, LLP
101 Federal Street
Boston, MA. 02110
617-951-2291

/s/ Mark Pogue_____

Mark Pogue
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
401-274-9200

**Certification**

I hereby certify that a true and correct copy of the above was served on counsel for the Defendant, Alice A. Kokodis, Brian Pezza & Mark A. Pogue by electronic mail on this 21st day of November 2007.

/s/ Stephen T. Fanning