UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOSEPH VASTA,<br><br>Plaintiffs,<br><br>vs.<br><br>BANC OF AMERICA INVESTMENT SERVICES, INC.,<br><br>Defendant. | Civil Action No. 06-396-ML-DLM<br><br>**STIPULATION OF DISMISSAL OF THE COMPLAINT WITH PREJUDICE IN ITS ENTIRETY**<br><br>**Document Electronically Filed** |

Under Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff Joseph Vasta and defendant Banc of America Investment Services, Inc. (the "Defendant"), through their respective counsel of record as designated below, hereby stipulate and agree to the dismissal of the above-captioned matter with prejudice and without costs or fees to any party, and waiving all rights of appeal

The Law Offices of Stephen T. Fanning
Attorneys for Plaintiff,
Joseph Vasta

By: */s/ Stephen T. Fanning*
Stephen T. Fanning Esq.
305 South Main Street
Providence, RI 02903
401.272.8250
401.272.4520 (fax)

Dated: February 1, 2008

Edwards Angell Palmer & Dodge LLP
Attorneys for Defendant,
Banc of America Investment Services, Inc.

By: */s/ Mark A. Pogue*
Mark A. Pogue, Esq.
2800 Financial Plaza
Providence, RI 02903
401.274.9200
888.325.9050 (fax)

Dated: February 1, 2008